| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known): 6:25-bk | Chapter 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Bertucci's Restaurants, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Bertucci's Brick Oven Pizza & Pasta** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0799571** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**4700 Millenia Blvd., Ste. 400**<br>**Orlando, FL 32839**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.bertuccis.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | Bertucci's Restaurants, LLC | Case number (*if known*) | 6:25-bk |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| District | Middle District of Florida, Orlando Division | When | 12/05/22 | Case number | 6:22-bk-04313-GER |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Bertucci's Restaurants, LLC | Case number (*if known*) | 6:25-bk |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Bertucci's Restaurants, LLC**     Case number (*if known*) **6:25-bk**
    Name

☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Bertucci's Restaurants, LLC**
Name

Case number (*if known*) **6:25-bk**

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 24, 2025**
MM / DD / YYYY

X **/s/ Thomas Avallone**
Signature of authorized representative of debtor

**Thomas Avallone**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ R.Scott Shuker, Esq**
Signature of attorney for debtor

Date **April 24, 2025**
MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 337-2060**   Email address **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **6:25-bk**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 24, 2025**    X **/s/ Thomas Avallone**
Signature of individual signing on behalf of debtor

**Thomas Avallone**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **6:25-bk**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AFA PROTECTIVE SYSTEMS INC<br>PO Box 21030<br>New York, NY 10087-1030 | Lynne O'Sullivan<br>lferrone@afap.com<br>516-496-2322 | Trade debt | | | | $78,201.70 |
| COST CONTROL ASSOCIATES<br>796 MEETING STREET<br>Charleston, SC 29403 | Amber George<br>amber.george@aboutsib.com<br>843-536-1283 | Trade debt | | | | $630,196.34 |
| COSTA FRUIT AND PRODUCE<br>18 Bunker Hill Ind. Park<br>Charlestown, MA 02129 | Jim Schofield<br>Schofield@freshideas.com<br>617-912-8006 | Trade debt | | | | $140,094.54 |
| COUNTRY MANOR NORWOOD TRUST<br>40 GROVE ST, Unit 430<br>Wellesley, MA 02482 | Paul Ferrari<br>pferrari@bestpetroleum.com<br>781-593-6853 | Trade debt | | | | $73,527.01 |
| ELGE PLUMBING & HEATING<br>P.O. BOX 1070<br>Burlington, MA 01803 | Ann Shuley<br>AShuley@elgeplumbing.com<br>617-782-4300 | Services/repairs | | | | $103,892.17 |
| FRONTIER DRIVE METRO CENTER<br>P.O. BOX 103428<br>Pasadena, CA 91189-3428 | Pam Grimm<br>PGrimm@lpc.com<br>703-519-8333 | Unsecured Claim / Litigation | Contingent Unliquidated | | | $110,499.44 |
| GRISWOLD MALL ASSOCIATES<br>1000 HUNTINGTON TURNPIKE<br>Bridgeport, CT 06610 | | Trade debt | | | | $60,224.51 |

Debtor **Bertucci's Restaurants, LLC**
Name

Case number *(if known)* **6:25-bk**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NATIONAL GRID ELECTRIC<br>P.O. BOX 371396<br>Pittsburgh, PA 15250-7396 | nationalgrid@emails.nationalgridus.com<br>800-322-3223 | Utility | | | | $71,503.66 |
| NATIONAL GRID GAS<br>P.O. BOX 371338<br>Pittsburgh, PA 15250-7338 | nationalgrid@emails.nationalgridus.com<br>800-233-5325 | Utility | | | | $104,262.14 |
| NC READ BEAM LLC<br>NORTH COLONY ASSET MGT<br>625 MT. AUBURN STREET<br>Cambridge, MA 02138 | Chip Palumbo<br>cpalumbo@ncolony.com<br>781-572-9378 | Trade debt | | | | $121,291.75 |
| NCR LOCAL-SOUTHEAST REGION<br>P.O. BOX 198755<br>Atlanta, GA 30384-8755 | customer.care@ncrvoyix.com<br>800-225-5688 | Trade debt | | | | $100,000.00 |
| NCR LOCAL-SOUTHEAST REGION<br>P.O. BOX 198755<br>Atlanta, GA 30384-8755 | customer.care@ncrvoyix.com<br>800-225-5688 | Trade debt | | | | $95,000.00 |
| OLO, Inc<br>285 Fulton Street, FL 82<br>New York, NY 10007 | collectionssupport@olo.com<br>844-656-2414 | Trade debt | | | | $130,000.00 |
| REPUBLIC SERVICES<br>P.O. BOX 99917<br>Chicago, IL 60696-7717 | Duncan Rice<br>drice@republicservices.com<br>480-627-2350 | Trade debt | | | | $75,963.98 |
| ROUTE 140 SCHOOL STREET LLC<br>P.O. BOX 847425<br>Boston, MA 02284-7425 | Erin Smith<br>Erin.Smith@wsdevelopment.com<br>617-981-4845 | Trade debt | | | | $70,227.09 |
| SOMERSET WALTHAM LLC<br>465 WAVERLEY OAKS ROAD<br>Waltham, MA 02452 | Guy Sergi<br>Gsergi@duffyproperties.com<br>781-786-6013 | Trade debt | | | | $73,388.16 |

| Debtor | Bertucci's Restaurants, LLC | | Case number *(if known)* | 6:25-bk | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SPRINGFIELD SQUARE CENTRAL<br>1001 BALTIMORE PIKE<br>Springfield, PA 19064 | Lori Braccili<br><br>Lori@ncrdelco.com<br>610-328-1700 Ext 122 | Trade debt | | | | $100,146.84 |
| THOMPSON'S RESTAURANT INC.<br>P.O. BOX 155<br>North Andover, MA 01845-0155 | Stuart Thompson<br><br>sthompson@eastc.com<br>978-535-5833 | Trade debt | | | | $80,571.99 |
| WESTBROOK VILLAGE REALTY TR<br>P.O. BOX 67396<br>Chestnut Hill, MA 02467 | Brad Goldstein<br><br>BGoldstein@ChestnutHillRealty.com<br>617-469-1492 | Trade debt | | | | $108,413.30 |
| WILDWOOD EST. OF BRAINTREE<br>P O BOX 859059<br>Braintree, MA 02185 | Debora Hall<br><br>dhall@fxmessina.com<br>781-848-5000 Ext 147 | Trade debt | | | | $104,013.20 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bertucci's Restaurants, LLC**  
Debtor(s)

Case No. **6:25-bk**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bertucci's Holding, LLC<br>4700 Millenia Blvd, Ste 400<br>Orlando, FL 32839 | n/a | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 24, 2025**

Signature **/s/ Thomas Avallone**  
**Thomas Avallone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bertucci's Restaurants, LLC**                                    Case No.  **6:25-bk**
_____
Debtor(s)                                                                 Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:  **April 24, 2025**                          **/s/ Thomas Avallone**
                                                  **Thomas Avallone**/**Manager**
                                                  Signer/Title

Bertucci's Restaurants, LLC
4700 Millenia Blvd., Ste. 400
Orlando, FL 32839

ALLSTATE
PAYMENT PROCESSING CENTER
P.O. BOX 650514
DALLAS, TX 75265-0514

BALTIMORE COUNTY, MARYLAN
400 WASHINGTON AVE
ROOM 150
TOWSON, MD 21204

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

AMERICAN BUILDER PROS. LLC
8 LAURAL HILL ROAD
STURBRIDGE, MA 01566

BALTIMORE GAS & ELECTRIC C
P O BOX 13070
PHILADELPHIA, PA 19101-3070

523 RESTAURANT, L.P.
c/o PENN REAL ESTATE
620 RIGHTERS FERRY RD
Bala Cynwyd, PA 19004

AMERIS BANK
Attn: Funding Supervisor
575 Anton Blvd, Suite 1080
Costa Mesa, CA 92626

BEL AIR SOUTH COMMERCIAL L
2700 PHILADELPHIA ROAD
EDGEWOOD, MD 21040-1120

A CLEAR VIEW WINDOW CLEANING
PO BOX 502
New Freedom, PA 17349

Ameris Bank
Attn: Jody L. Spencer, VP
3490 Piedmont Rd NE, Ste 1550
Atlanta, GA 30305

BENBRIA INC
390 MARCH RD, STE 110
KANATA, ON K2K0G7

A-TECH COMMERCIAL PARTS&SVC
330 RESERVOIR STREET
Needham Heights, MA 02494

AR LANDSCAPING & CONST.
6 Larrabee Terrace
Peabody, MA 01960

BLACKHAWK NETWORK, INC.
P.O. BOX 932859
Atlanta, GA 31193

AC BEVERAGE INC.
1993-7 MORELAND PKWY
Annapolis, MD 21401

ASK LOCALA INC.
55 EAST, 59TH STREET
9TH FLOOR
NEW YORK, NY 10022

BOND DISTRIBUTING CO
1220 BERNARD DRIVE
Baltimore, MD 21223

ADVANCED DRAINS & PLUMBING
118 BALTIMORE PIKE
SPRINGFIELD, PA 19064

ATLAS DISTRIBUTING CORP
44 SOUTHBRIDGE STREET
AUBURN, MA 01501-0420

BOSTON LOCK & SAFE COMPAN
30 LINCOLN STREET
Brighton, MA 02135

AFA PROTECTIVE SYSTEMS INC
PO Box 21030
New York, NY 10087-1030

AVERUS NORTHEAST LLC
P.O. BOX 588
New Hartford, CT 06057

BRAINTREE ELECTRIC LIGHT
150 POTTER RD
Braintree, MA 02184

ALLIED ADVERTISING LTD PRTNR
P O BOX 845382
BOSTON, MA 02284-5382

AVIT LLC
8403 SUNSTATE ST
Tampa, FL 33634

BRAINTREE WATER AND SEWER
85 QUINCY AVE
Braintree, MA 02184

BRANDOLINI PROPERTY MGMT
P.O. BOX 4711
LANCASTER, PA 17601

CENTERCORP SWAMPSCOTT REALTY
600 LORING AVE
Salem, MA 01970

CITY OF MEDFORD
TREASURER-COLLECTOR
P.O. BOX 9129
MEDFORD, MA 02155-9129

BREAKTHRU BEVERAGE DELAWARE
P.O. BOX 22592
Baltimore, MD 21203

CENTIMARK CORPORATION
12 GRANDVIEW CIRCLE
Canonsburg, PA 15317

CITY OF NEWTON-9137
P.O. BOX 9137
NEWTON, MA 02460-9137

BREAKTHRU BEVEREGE MARYLAND
P.O. BOX 13326
Baltimore, MD 21203

CHESAPEAKE BEVERAGE
10000 FRANKLIN SQUARE DRIVE
Nottingham, MD 21236

CITY OF WALTHAM
TREASURER/COLLECTOR'S
P.O. BOX 540190
WALTHAM, MA 02454-0190

BRESCOME BARTON, INC
69 DEFCO PARK ROAD
North Haven, CT 06473

CHICO'S LANDSCAPING
292 LAWRENCE STREET APT 3
Lawrence, MA 01841

CLARK ASSOCIATES INC.
2205 OLD PHILADELPHIA PIKE
Lancaster, PA 17602

BUCCI GRINDING GROUP, LLC
10 DRAPER STREET
SUITE 14
Woburn, MA 01801

CHRISTIANA TOWN CENTER LLC
P.O. BOX 7189
Wilmington, DE 19803

CLEVELAND MENU PRINTING, IN
1441 EAST 17TH STREET
Cleveland, OH 44114

BUNCRANA
275 MISHAWUM ROAD
Woburn, MA 01801

CIL WALKERS LLC
P.O. BOX 105576
Atlanta, GA 30348

COASTAL BEVERAGE/HORIZON
P.O. BOX 1165
Norton, MA 02766

BURKE DISTRIBUTING CORP.
89 TEED DRIVE
Randolph, MA 02368

CIT Bank, N.A.
11 West 42nd Street
New York, NY 10036

COLONIAL WHOLESALE BEVERA
P.O. BOX 1430
Fall River, MA 02722

C.H. ROBINSON COMPANY, INC.
14701 CHARLSTON RD
SUITE 1400
Eden Prairie, MN 55347

CITY OF BOSTON
ONE CITY HALL SQUARE
ROOM 601
Boston, MA 02201

COMCAST (PA)
P.O. BOX 70219
Philadelphia, PA 19176-0219

CAPTAIN SAMUEL BROWN SCHOOL
150 LYNN ST
Peabody, MA 01960

CITY OF FRAMINGHAM
PO BOX 847035
BOSTON, MA 02284-7035

COMMERCE WAY DEVELOPMEN
11 POPPASQUASH ROAD
Bristol, RI 02809

| | | |
|---|---|---|
| CONNECTICUT NATURAL GAS CO<br>P.O. BOX 847820<br>464C HERITAGE HILLS<br>Boston, MA 02284-7820 | CURRY PRINTING<br>190 TURNPIKE ROAD<br>P.O. BOX 969<br>Westborough, MA 01581 | DONOVAN ELECTRIC CO., INC.<br>127 MILTON ST<br>Dedham, MA 02026 |
| COOK FAMILY L.P.<br>c/o LIZ COOK<br>464C Heritage Hills<br>Somers, NY 10589 | D&H 402A PAD PARTNERSHIP TS<br>c/o CARON & BLETZER<br>P.O. Box 969<br>Kingston, NH 03848 | Earl of Sandwich, LLC<br>4700 Millenia Blvd, Ste 400<br>Orlando, FL 32839 |
| Corporate Service Company<br>P.O. Box 2576<br>Springfield, IL 62708 | DATADELIVERS LLC<br>100 W HILLCREAST BLVD<br>SUITE 406<br>Schaumburg, IL 60195 | EASY ICE LLC<br>P.O. BOX 879<br>Marquette, MI 49855 |
| COST CONTROL ASSOCIATES<br>796 MEETING STREET<br>Charleston, SC 29403 | DELAWARE COUNTY<br>CHAMBER OF COMMERCE<br>1001 BALTIMORE PIKE<br>SUITE 309<br>Baltimore, MD 21297-3213 | ECOLAB<br>P.O. BOX 32027<br>New York, NY 10087 |
| COSTA FRUIT AND PRODUCE<br>18 Bunker Hill Ind. Park<br>Charlestown, MA 02129 | DELIVERTHAT<br>5757 MAYFAIR RD<br>North Canton, OH 44720 | ECOLAB FOOD SAFETY SPEC.<br>24198 NETWORK PLACE<br>Chicago, IL 60673-1241 |
| COUNTRY MANOR NORWOOD TRUST<br>40 GROVE ST, Unit 430<br>Wellesley, MA 02482 | DELMARVA POWER<br>P.O. BOX 13609<br>Philadelphia, PA 19101 | ECOLAB INC<br>P.O. BOX 100512<br>Pasadena, CA 91189 |
| CRAFT BEER GUILD, LLC<br>170 MARKET ST.<br>Everett, MA 02149 | DIRECT ENERGY MARKETING<br>P.O. BOX 70220<br>Philadelphia, PA 19176-0220 | ECOLAB PEST ELIMINATION<br>26252 NETWORK PLACE<br>Chicago, IL 60673-1262 |
| Crystal Thompson<br>c/o Cantor Injury Law Firm<br>1 Prestige Dr, Ste 101<br>Meriden, CT 06450 | Director of Finance<br>P.O. Box 37213<br>Baltimore, MD 21297-3213 | EDWARD DON & COMPANY, LLC<br>9801 ADAM DON PARKWAY<br>Woodridge, IL 60517 |
| CT CORPORATION SYSTEM<br>ATTN: SPRS<br>330 N BRAND BLVD, STE 700<br>Glendale, CA 91203 | DMR LANDSCAPING CON.<br>31 KENDALL LANE #1<br>Framingham, MA 01702 | ELGE PLUMBING & HEATING<br>P.O. BOX 1070<br>Burlington, MA 01803 |

EVERSOURCE
P.O. BOX 56007
Boston, MA 02205-6007

Frank Gagnon
504 Nasketucket Way
Fairhaven, MA 02719

Hartford County, MD
c/o Sean P. Carven
220 S. Main Street
Bel Air, MD 21014

EVERSOURCE CT
P.O. BOX 650851
Dallas, TX 75265-0851

FRONTIER DRIVE METRO CENTER
P.O. BOX 103428
Pasadena, CA 91189-3428

HEAVENS GARDEN LANDSCAPE
79 JACLYN CIRCLE
Taunton, MA 02780

EVERSOURCE-56002
P.O. BOX 56002
Boston, MA 02205-6002

Frontier Drive Metro Center
c/o Magruder Cook, et al.
1889 Preston White Drive
Suite 200
Reston, VA 20191

HING WAH REALTY TRUST
C/O HOWARD LEE, TRUSTEE
329 OLD CONNECTICUT PATH
Wayland, MA 01778

EYEMED
P.O. BOX 632530
Cincinnati, OH 45263-2530

G&R MECHANICAL INC.
3220 BERGEY ROAD
Hatfield, PA 19440

HORIZON BEVERAGE
P.O. BOX 1165
Norton, MA 02766

FEDERAL EXPRESS CORPORATION
P.O. BOX 371461
Pittsburgh, PA 15250-7461

Genevieve Gallo
c/o Michael D. Pushee, Esq.
100 Midway PL, Ste 16
Cranston, RI 02920

HUGHES NETWORK SYSTEMS L
11717 EXPLORATION LANE
Germantown, MD 20876

FEDEX FREIGHT
DEPT CH PO BOX 10306
Palatine, IL 60055-0306

GLASTONBURY MECHANICAL CORP
P O BOX 1403
Glastonbury, CT 06033

IMPACT FIRE SERVICES LLC
26 HAMPSHIRE DRIVE
Hudson, NH 03051

FISHBOWL INC. DBA:PERSONICA
P.O. BOX 740513
Atlanta, GA 30374-0513

GRISWOLD MALL ASSOCIATES
1000 HUNTINGTON TURNPIKE
Bridgeport, CT 06610

INTERACTIVE COMMUNICATIONS
P.O. BOX 935359
Atlanta, GA 31193-5359

FOOD PREP SOLUTIONS LLC
P.O. BOX 1221
Bridgeport, CT 06601-1221

GRUBHUB HOLDINGS INC.
P.O. BOX 71649
Chicago, IL 60694

Internal Revenue Serv. FICA
P.O. BOX 522
Ashland, MA 01721

FRAMINGHAM-150 FR
REALITY LIMITED PARTNERSHIP
1051 RESERVOIR AVENUE
Cranston, RI 02910

H-I-M MECHANICAL SYSTEMS
90 FIRST STREET
Bridgewater, MA 02324

Internal Revenue Service
Centralized Insolvency Ops
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERSTATE FOOD EQUIPMENT
43 SHARON STREET
Malden, MA 02148

LEGALSHIELD
P.O. BOX 2629
Ada, OK 74520

Maryland Dept of Assessments
& Taxation
P.O. Box 17052
Baltimore, MD 21297-1052

Jamie Guzman
c/o Michael Grenier
28 State St., Ste 1050
Boston, MA 02109

LENOX-MARTEL INC
1434 COUNTY LINE ROAD
Huntingdon Valley, PA 19006

MCLAUGHLIN & MORAN INC
40 SLATER ROAD
Cranston, RI 02920

JOHNSON BROTHERS OF RI
120 MOSCRIP AVE
North Kingstown, RI 02852

LIMON LANDSCAPING LLC
P.O. BOX 7882
Newark, DE 19714

Medcor, Inc.
4805 W. Prime Parkway
McHenry, IL 60050

JOSEPH GAIED
LMC REALTY TRUST
P.O. BOX 522
Ashland, MA 01721

M.S. WALKER INC.
975 UNIVERSITY AVE.
Norwood, MA 02062

MERRIMACK VALLEY DIST CO
P O BOX 417
Danvers, MA 01923

JPPF 18 TREMONT LLC
LB #1707
P.O. BOX 98000
Philadelphia, PA 19195-0001

MAKO NETWORKS
1355 N. MCLEAN BLVD.
Elgin, IL 60123

MIKES LANDSCAPING
41 WAYCROSS DRIVE
Warwick, RI 02888

KATCEF BROS INC
2404 A & EAGLE BLVD
Annapolis, MD 21401

MANSFIELD WATER/SEWER
DEPT OF PUBLIC WORKS
P.O. BOX 9192
Chelsea, MA 02150-9192

MONTGOMERY MALL RLTY HOL
1010 NORTHERN BLVD
STE 212
Great Neck, NY 11021

KEVIN CLEMMONS
1020 CONSTITION WAY
Cumming, GA 30040

MARQII INC
6415 STEER TRL
Austin, TX 78749

MS WALKER RHODE ISLAND
16 COMMERICAL WAY
Warren, RI 02885-1537

KNAPP FOODS INC
P.O. BOX 396
Natick, MA 01760

MARSHALL FOOD EQUIPMENT
200 BROAD STREET
Providence, RI 02903

MYSTIC VALLEY PARKWAY
TRUST STA WITE, INC.
15 GARFIELD AVE
Somerville, MA 02145

L KNIFE & SONS INC
P.O. BOX K
Kingston, MA 02364

MARTIGNETTI COMPANIES
QUALITY BEVERAGE
500 JOHN HANCOCK RD
Taunton, MA 02780-6958

NATIONAL GRID ELECTRIC
P.O. BOX 371396
Pittsburgh, PA 15250-7396

NATIONAL GRID GAS
P.O. BOX 371338
Pittsburgh, PA 15250-7338

NORTHEAST CUTLERY INC.
244 ASH ST
Reading, MA 01867

PR PLYMOUTH MEETING LIMITE
200 SOUTH BROAD ST, 3RD FL
Philadelphia, PA 19102

NC READ BEAM LLC
NORTH COLONY ASSET MGT
625 MT. AUBURN STREET
Cambridge, MA 02138

NUCO2 INC.
P.O. BOX 417902
Boston, MA 02241-7902

PREMIUM BEVERAGE WHOLESA
HORIZON BEVERAGE
P.O. BOX 1165
Norton, MA 02766

NCR LOCAL-SOUTHEAST REGION
P.O. BOX 198755
Atlanta, GA 30384-8755

Office of the United States
400 West Washington St, Ste. 1100
Orlando, FL 32801

PREMIUM DIST OF VA
15001 NORTHRIDGE DRIVE
Chantilly, VA 20151

New Century Assoc. Group, LP
2010 County Line Road
Huntingdon Valley, PA 19006

OLO, Inc
285 Fulton Street, FL 82
New York, NY 10007

PRO TECH MEDIA SOLUTIONS
2501 WHITE AVE
Nashville, TN 37204

NEW ENGLAND UPHOLSTERY
3824 CHESTNUT HILL AVE.
Athol, MA 01331

OPENTABLE, INC.
P.O. BOX 101861
Pasadena, CA 91189-1861

QUALITY BEVERAGE LP
880 BURNETT ROAD
Chicopee, MA 01020

NEW HORIZON COMMUNICATION
P.O. BOX 981073
Boston, MA 02298-1073

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854

R365, Inc.
500 Technology Dr Suite 200
Irvine, CA 92618

NEW HORIZONS TECHNOLOGIES
4 CAMPGROUND ROAD
Sterling, MA 01564

PAYTRONIX SYSTEMS, INC.
80 BRIDGE STREET
Newton, MA 02458

RADIANT CLEANING SERVICES
1257 WORCESTER RD
SUITE 252
Framingham, MA 01701

NKS DISTRIBUTORS, INC.
PO BOX 810
Smyrna, DE 19977

PECO ENERGY
P.O. BOX 13437
Philadelphia, PA 19101

RAGGS SEPTIC SERVICE INC.
PO BOX 1027
Concord, MA 01742

NORTHEAST BEVERAGE CORP
ONE COORS DRIVE
North East, MD 21901

PHL Holdings, LLC
4700 Millenia Blvd., Ste 400
Orlando, FL 32839

READING MUNICIPAL LIGHT DEP
P O BOX 30
Reading, MA 01867-0030

| | | |
|---|---|---|
| REPUBLIC NATIONAL DIST. CO.<br>8201 STAYTON DRIVE<br>Jessup, MD 20794 | ROBERTS OXYGEN COMPANY INC<br>15830 REDLAND ROAD<br>Derwood, MD 20855 | SOUTHERN GLAZER'S OF DE<br>PO BOX 70235<br>Philadelphia, PA 19176-0235 |
| REPUBLIC SERVICES<br>P.O. BOX 99917<br>Chicago, IL 60696-7717 | ROUTE 140 SCHOOL STREET LLC<br>P.O. BOX 847425<br>Boston, MA 02284-7425 | SOUTHERN GLAZER'S OF MD<br>LOCKBOX # 10017044-1796<br>Baltimore, MD 21297-1044 |
| RETAIL PROPERTIES BUS. TRUST<br>c/o FED REALTY INV. TRUST<br>P.O. BOX 8500-9320<br>Philadelphia, PA 19178-9320 | RUBY WINES<br>P.O. BOX 7<br>15942 SHADY GROVE ROAD<br>Avon, MA 02322-0007 | SOUTHERN GLAZER'S OF NE<br>PO BOX 27069<br>Omaha, NE 68127 |
| REVIEW COLLECTOR -<br>TOWN OF GLASTONBURY<br>2155 MAIN STREET<br>Glastonbury, CT 06033-2282 | Sheila Leslie, Esq.<br>40 York Road, Ste 300<br>Towson, MD 21204 | SPRINGFIELD SQUARE CENTRAL<br>1001 BALTIMORE PIKE<br>Springfield, PA 19064 |
| RHODE ISLAND DISTRIBUTING<br>P.O. BOX 1437<br>Coventry, RI 02816 | SKURNIK WINES & SPIRITS<br>PO BOX 514<br>Suite 300<br>Syosset, NY 11791 | SPROUT SOCIAL<br>DEPT. CH 17275<br>Palatine, IL 60055-7275 |
| RHODE ISLAND ENERGY<br>P.O,BOX 371361<br>Pittsburgh, PA 15250-7361 | SNOWDEN HOLDINGS LLC<br>c/o ADAM SCHWARTZ<br>SUITE 500<br>Gaithersburg, MD 20877 | ST JOHN PROPERTIES INC<br>P.O. BOX 62684<br>Baltimore, MD 21264-2684 |
| RILEY PLUMBING<br>15 NEW ENGLAND WAY<br>#3<br>Warwick, RI 02886 | Snowden Square Retail Center<br>10096 Red Rn Blvd<br>Owings Mills, MD 21117 | STANDARD DISTRIBUTING CO<br>100 SOUTH MEWS DRIVE<br>New Castle, DE 19720 |
| RINGCENTRAL, INC.<br>P.O. BOX 734232<br>Dallas, TX 75373-4232 | SOMERSET WALTHAM LLC<br>465 WAVERLEY OAKS ROAD<br>Waltham, MA 02452 | STAR DISTRIBUTORS, INC.<br>P.O. BOX 1200<br>New Haven, CT 06505 |
| RISE & SHINE WINDOW CLEANING<br>31 GRANITE STREET<br>Milford, MA 01757 | SOUTH SHORE LANDSCAPING CORP<br>PO BOX 272<br>P.O. BOX 17044<br>South Weymouth, MA 02190 | STATE OF NEW HAMPSHIRE<br>NH DRA<br>P.O. Box 1265<br>Concord, NH 03302-1265 |

STATE OF NEW HAMPSHIRE
Attn: TREASURER
129 PLEASANT ST.
Concord, NH 03301-3857

TILE PRO PLUS INC.
259 CUSHMAN AVENUE
Revere, MA 02151

TOWN OF NORTH ANDOVER
DEPT 2850
P.O. Box 986500
BOSTON, MA 02298-6500

STEVE'S MONSTER PLUMBING LLC
3 KING SQUARE CT.
Rosedale, MD 21237

TITAN BEVERAGE INC.
1667 DEKALB PIKE
Blue Bell, PA 19422

TOWN OF NORTH ANDOVER
DEPARTMENT 7640
P.O. Box 4110
Woburn, MA 01888-4110

SUSAN SMITH, AS AGENT
2901 BUSCH BLVD, STE 900
Tampa, FL 33618

Toast, Inc.
401 Park Drive Suite 801
Boston, MA 02215

TOWN OF NORWOOD Electric
P O BOX 986539
Boston, MA 02298-6539

SYMETRA FINANCIAL
P.O. BOX 1491
Minneapolis, MN 55480-1491

TONYS LANDSCAPING
673 GLYNOCK PLACE
Reisterstown, MD 21136

TOWN OF PLYMOUTH
Treasurer/Collector
26 Court Street
Plymouth, MA 02360

SYMETRA LIFE INSURANCE CO
BENEFITS DIV-ACCOUNTING SERV
P.O. Box 1491
Minneapolis, MN 55480-1491

TOWN OF DARIEN
2 RENSHAW ROAD
Darien, CT 06820-5344

TOWN OF READING
PO BOX 848203
Boston, MA 02284

SYSCO BOSTON
99 Spring Street
Plympton, MA 02367

TOWN OF HINGHAM
210 CENTRAL ST
Hingham, MA 02043

TOWN OF SWAMPSCOTT
P O BOX 886
Reading, MA 01867-0124

Thomas Musi, Esq.
21 West Third Street
Springfield, PA 19064

TOWN OF HOLLISTON
PO Box 986535
Boston, MA 02298-6535

TOWN OF SWAMPSCOTT
P.O. BOX 886
Reading, MA 01867-0124

THOMPSON'S RESTAURANT INC.
P.O. BOX 155
North Andover, MA 01845-0155

TOWN OF MANSFIELD
P.O. BOX 9192
P.O. BOX 986500
Chelsea, MA 02150-9192

TOWN OF WESTBOROUGH, MA
P O BOX 4113
Woburn, MA 01888-4113

Tiana Chevere
c/o Shaheen Guerrera OLeary
820A Turnpike St
North Andover, MA 01845

TOWN OF MANSFIELD
6 PARK ROW
Mansfield, MA 02048

TRIMARK UNITED EAST INC.
PO BOX 845377
Boston, MA 02284-5377

TRION-MMA
P.O. BOX 412703
Boston, MA 02241-2703

VESTIS / ARAMARK
22808 NETWORK PLACE
Chicago, IL 60673-1228

WILDWOOD EST. OF BRAINTREE
P O BOX 859059
Braintree, MA 02185

TROOP 75 CHELMSFORD SEABASE
1 WORTHEN STREET
SUITE 3000
Chelmsford, MA 01824-2609

VIKING CLOUD INC.
P.O. BOX 771994
Detroit, MI 48277

WINDSTREAM ENTERPRISE
P.O. BOX 9001013
Louisville, KY 40290-1013

US HVAC SERVICES, INC
5540 PORT ROYAL RD
Suite 1100
Arlington, VA 22215-1000

VINTAGE IMPORTS, INC.
200 RITTENHOUSE CIRCLE
WEST#5
Bristol, PA 19007

WINE AND SPIRITS-PA
209 W LANCASTER AVE
Wayne, PA 19087

US MJW EAST GATE I, LLC
20 S. CLARK ST
Chicago, IL 60603

Virginia Alcoholic Beverage
Control Authority
P.O. Box 3250
Mechanicsville, VA 23116

WSM HINGHAM PROPERTIES LL
PO BOX 3274
Boston, MA 02241-3274

VAN'S SHARPENING,LLC.
2799 S QUEEN STREET
Dallastown, PA 17313

VIRTUAL DINING CONCEPTS
4700 MILLENIA BLD
STE 405
Orlando, FL 32839

XEROGRAPHIC DIGITAL PRINTIN
1948 33RD ST
Orlando, FL 32839

Vanessa Fortin
c/o Peter M. Mimmo, Esq.
18 Chestnut St., Room 520
Worchster, MA 04608

WARWICK UTILITY BILLING
P O BOX 981076
Boston, MA 02298-1076

VDC ON THE FLY
218 E BEARSS AVE
SUITE 4
Tampa, FL 33613

WASHINGTON GAS
P.O. BOX 37747
Philadelphia, PA 19101-5047

VEOLIA WATER DELAWARE
PAYMENT CENTER
P.O. Box 371804
Pittsburgh, PA 15250-7804

WEIR RIVER WATER SYSTEM
PO BOX 876
Reading, MA 01867-0407

VERITAS REAL ESTATE
M3 REAL ESTATE HOLDINGS
701 ROUTE 73 NORTH, STE 4
Marlton, NJ 08053

WESTBROOK VILLAGE REALTY TR
P.O. BOX 67396
Chestnut Hill, MA 02467