**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:25-bk-02401

**BERTUCCI'S RESTAURANTS, LLC,**  CHAPTER 11

    **Debtor.**
_____/

**CERTIFICATE OF AUTHORIZATION TO FILE BANKRUPTCY PETITION**

The undersigned certifies, pursuant to Local Rule 1074-1(b), that the Debtor was authorized to file the petition in this case. The action was approved as set forth in the *Written Consent to Action in Lieu of Special Meeting of the Board of Managers of Bertucci's Restaurants, LLC*, which is attached hereto as **Exhibit "A"**.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

**RESPECTFULLY SUBMITTED** this 24th day of April 2025.

    /s/ R. Scott Shuker, Esq.
    R. Scott Shuker, Esq.
    Florida Bar No.: 984469
    rshuker@shukerdorris.com
    **SHUKER & DORRIS, P.A.**
    121 S. Orange Ave., Suite 1120
    Orlando, Florida 32801
    Tel:  (407) 337-2060
    Fax:  (407) 337-2050
    *Attorneys for the Debtor*

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on April 24, 2025, a true and correct copy of the foregoing has been uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the following, who are registered to receive electronic notices in this case: **UNITED STATES TRUSTEE – ORL** (USTP.Region21.OR.ECF@usdoj.gov).

I **FURTHER CERTIFY** that on April 24, 2025, at my direction and under my supervision, employees of the undersigned's law firm will cause a true and correct filed copy of the foregoing to be served electronically via e-mail upon the following:

| Creditor Name | Email Address |
| --- | --- |
| AFA Protective Systems Inc | lferrone@afap.com |
| Cost Control Associates | amber.george@aboutsib.com |
| Costa Fruit and Produce | Schofield@freshideas.com |
| Country Manor Norwood Trust | pferrari@bestpetroleum.com |
| Elge Plumbing & Heating | AShuley@elgeplumbing.com |
| Frontier Drive Metro Center | PGrimm@lpc.com |
| National Grid Electric | nationalgrid@emails.nationalgridus.com |
| National Grid Gas | nationalgrid@emails.nationalgridus.com |
| NC Read Beam LLC | cpalumbo@ncolony.com |
| NCR Local-Southeast Region | customer.care@ncrvoyix.com |
| Olo, Inc | collectionssupport@olo.com |
| Republic Services | drice@republicservices.com |
| Route 140 School Street LLC | Erin.Smith@wsdevelopment.com |
| Somerset Waltham LLC | Gsergi@duffyproperties.com |
| Springfield Square Central | Lori@ncrdelco.com |
| Thompson's Restaurant Inc. | sthompson@eastc.com |
| Westbrook Village Realty TR | BGoldstein@ChestnutHillRealty.com |
| Wildwood Est. of Braintree | dhall@fxmessina.com |

I **FURTHER CERTIFY** that a true and correct filed copy the foregoing will be served for by the United States Postal Service, via First Class United States Mail, postage prepaid. A Certificate of Service will be separately filed, which will include the associated mailing list(s).

/s/ R. Scott Shuker
R. Scott Shuker

## Exhibit "A"

## WRITTEN CONSENT TO ACTION IN LIEU OF
## A SPECIAL MEETING OF THE BOARD OF MANAGERS OF
## BERTUCCI'S RESTAURANTS, LLC

The undersigned, being the Board of Managers of **BERTUCCI'S RESTAURANTS, LLC**, a Florida limited liability company ("**Company**"), do hereby, in lieu of conducting a special meeting, adopt the following resolutions with the same force and effect as if such resolutions had been duly presented and adopted at a special meeting of the Board of Managers duly called and held.

**RESOLVED**, that it is in the best interest of Company to file Chapter 11 bankruptcy;

**RESOLVED**, any officer of Company be, and each such officer acting alone hereby is, authorized, directed and empowered to take, or cause to be taken, such action, and to execute and deliver, or cause to be delivered, by, for, in the name of and on behalf of Company, all such instruments and documents as such officer may deem necessary or desirable and in the best interest of Company, in order to effect the purpose or intent of the foregoing resolution (as conclusively evidenced by the taking of such action or the execution and delivery of such instruments and documents, as the case may be) and all action heretofore taken by the officers of Company in connection with the foregoing is hereby approved, ratified and confirmed in all respects as the act and deed of Company; and

**RESOLVED**, that the Secretary of Company be, and hereby is, authorized and directed to file this written consent with the records of Company.

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent effective as of the 22nd day of April, 2025.

**BERTUCCI'S RESTAURANTS, LLC**,
a Florida limited liability company

By: _____
Name: Thomas Avallone
Title: Manager