**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **CASE NO.: 6:25-bk-02401-GER**

**BERTUCCI'S RESTAURANTS, LLC,** **CHAPTER 11**

**Debtor.**
_____________________________________/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

**BERTUCCI'S RESTAURANTS, LLC**, (the "Debtor"), through counsel and per Local Rule 2081-1(b), files this *Chapter 11 Case Management Summary*, and states as follows:

## I. DESCRIPTION OF THE DEBTOR'S BUSINESS

1. The Debtor is the owner and operator of the renowned Bertucci's restaurant chain, celebrated for its Italian-inspired cuisine and inviting atmosphere.

2. The first Bertucci's restaurant opened in 1981, as Bertucci's Brick Oven Pizzeria in Somerville, Massachusetts. Due to the popularity of Bertucci's Italian and wood-fired brick oven dishes, the business expanded from a single restaurant in 1981 to a sprawling restaurant chain across New England all the way down to Virgina.

3. To expand its reach, the Debtor recently developed a new fast-casual spinoff concept called Bertucci's Pronto. Consumers today have been gravitating toward fast-casual options over traditional sit-down restaurants.

## II. LOCATIONS OF THE DEBTOR'S OPERATIONS

4. The Debtor's corporate headquarters are in Orlando, Florida, in offices leased by a non-debtor affiliate from Millenia Lakes Owner I L.P.

5. As in the chart immediately below, as of April 24, 2025 (the "Petition Date"), the Debtor actively operates 15 Bertucci's restaurant locations in 6 states. Prepetition, the Debtor

proactively closed 7 underperforming locations to mitigate losses. All restaurant locations are leased by the Debtor from unaffiliated third parties.

| # | State | Restaurant Address | Status as of Petition Date |
|---|---|---|---|
| 1 | CT | **Glastonbury**<br>2882 Main Street<br>Glastonbury, CT, 06033 | Open and operating |
| 2 | DE | **Christiana**<br>201 West Main Street<br>Newark, DE, 19702 | Open and operating |
| 3 | MA | **Chelmsford**<br>14 Littleton Road<br>Chelmsford, MA, 01824 | Open and operating |
| 4 | MA | **Framingham**<br>150 Worcester Road<br>Framingham, MA, 01702 | Open and operating |
| 5 | MA | **Hingham**<br>90 Derby Street<br>Hingham, MA, 02043 | Open and operating |
| 6 | MA | **Medford**<br>4054 Mystic Valley Parkway<br>Medford, MA, 02155 | Open and operating |
| 7 | MA | **Newton**<br>275 Centre Street<br>Newton, MA, 02458 | Open and operating |
| 8 | MA | **Pronto - Tremont**<br>22 Tremont Street<br>Boston, MA, 02108-3201 | Open and operating |
| 9 | MA | **Reading**<br>45 Walkers Brook Drive<br>Reading, MA, 01867 | Open and operating |
| 10 | MA | **Waltham**<br>475 Winter Street<br>Waltham, MA, 02451 | Open and operating |
| 11 | MA | **West Roxbury**<br>683 VFW Pkwy<br>Chestnut Hill, MA, 02467 | Open and operating |
| 12 | MA | **Westboro**<br>160 Turnpike Road<br>Westborough, MA, 01581 | Open and operating |
| 13 | MD | **Columbia**<br>9081 Snowden River Parkway<br>Columbia, MD, 21046 | Open and operating |
| 14 | PA | **Springfield Square**<br>965 Baltimore Pike<br>Springfield, PA, 19064 | Open and operating |

| # | State | Restaurant Address | Status as of Petition Date |
|---|---|---|---|
| 15 | VA | **Springfield**<br>6525 Frontier Drive<br>Springfield, VA, 22150 | Open and operating |
| 16 | MA | **Braintree, MA**<br>412 Franklin St.<br>Braintree, MA 02184 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 17 | MA | **Mansfield Crossing**<br>280 School Street<br>Mansfield, MA, 02048 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 18 | MA | **North Andover**<br>435 Andover Street<br>North Andover, MA, 01845 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 19 | MA | **Norwood**<br>1405 Providence Highway<br>Norwood, MA, 02062 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 20 | MA | **Plymouth**<br>6 Plaza Way<br>Plymouth, MA 02360 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 21 | MD | **Timonium**<br>1818 York Road<br>Timonium, MD, 21093 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |
| 22 | RI | **Warwick**<br>1946 Post Road<br>Warwick, RI, 02886 | Closed prepetition<br>Subject lease of *Debtor's Emergency First Omnibus Motion to Reject Leases* |

## III. REASONS FOR FILING THIS CHAPTER 11 CASE

6. The Debtor, Bertucci’s Restaurants, LLC, is a Florida limited liability company that was created in May 2018, when the Debtor acquired approximately 56 restaurants under the name Bertucci’s Brick Oven Pizza & Pasta through a sale transaction held in conjunction with an earlier chapter 11 bankruptcy for this restaurant business.[1]

7. Immediately following the Debtor’s acquisition of the business, it was operating 56 Bertucci’s restaurants in 9 states, with nearly 2,000 employees. In 2019, the first calendar year following the acquisition, the Debtor was reporting annual sales of more than $120 million.

1 *In re Bertucci’s Corporation*, U.S. Bankruptcy Court, District of Delaware, Case No. 18-10896-MFW; *See Order Approving Asset Purchase Agreement* (Doc. No. 295) (Order approving the Debtor’s purchase of “Bertucci’s”).

8. Despite the initial success following its acquisition of Bertucci's, in the following year (2020), operations grounded to a virtual halt as the COVID-19 pandemic swept across the globe. Struggling to overcome the tremendous obstacles COVID-19 brought with it—including the complete closure of restaurants and rising inflation—the Debtor made the strategic decision to reorganize through the chapter 11 process by filing its prior bankruptcy case in December 2022 (the "2022 Bankruptcy Case").[2]

9. By successfully confirming its plan of reorganization in the 2022 Bankruptcy Case, the Debtor was hopeful to have "righted the ship", so-to-speak, after the havoc wreaked on its restaurant business by the COVID-19 pandemic.

10. Through that chapter 11, the Debtor was able to restructure its debts and reduce operational overhead, including shedding unprofitable restaurant locations. When the Debtor emerged from the 2022 Bankruptcy Case, among other things, it had streamlined restaurant operations down to approximately 23 select locations, all of which were profitable or showed signs of recovering and becoming profitable.

11. Despite some success with certain restaurants, Debtor has been severely hurt by the unanticipated deterioration of the US economy and lack of consumer demand for legacy casual-dining brands. The Debtor is not alone. Many other major restaurant chains have recently filed bankruptcy, including Red Lobster, TGI Fridays, Tijuana Flats, Hooters, and On the Border. As a result, several of the Debtor's locations have failed to recover and continue to operate at a loss. With losses accumulating, inflationary pressures still high, and industry headwinds gusting, the proverbial final straw fell on the Debtor's business this year as the world saw food costs soar, consumer spending slow, and an uncertain global economy falling in (and out) of decline.

---

2 The "2022 Bankruptcy Case" refers to the chapter 11 case styled as *In re Bertucci's Restaurants, LLC,* U.S. Bankruptcy Court, Middle District of Florida, Orlando Division, Case No. 6:22-bk-04313-GER.

12. These combined factors created a challenging environment for the Debtor, prompting decisive action to secure a sustainable path forward. For these reasons, and after much consideration and evaluation of all possible solutions, the Debtor determined that it is in the best interest of the company, its stakeholders, and creditors to commence this bankruptcy case to provide the company with the "breathing spell" afforded by chapter 11 to determine the best path forward and formulate an overall reorganizational plan, which adapts to industry changes, allowing Bertucci's to exit chapter 11 as a growing and thriving business.

13. The overall goal of this chapter 11 is to reorganize the business and maximize the company's value for the benefit of its creditors, stakeholders, and all interested parties.

## IV. CORPORATE OWNERSHIP

14. Debtor is wholly owned by Bertucci's Holding, LLC. No officers or directors hold an ownership interest in Debtor.

## V. ANNUAL GROSS REVENUES

15. The Debtor's estimated annual gross revenues are:

| Year Ending 12/31/2024 | Year-to-Date through Feb. 2025 |
|---|---|
| $53,230,765 | $8,469,812 |

## VI. AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

### A. Priority Creditors

16. The Debtor owes approximately $940,000 in federal payroll taxes (FICA) to the IRS and roughly $943,000 in sales tax for March 2025, which is set to be paid by the end of this month.

17. From the 2025 Bankruptcy, the Debtor has an outstanding balance of about $99,000, which may have priority status, owed to the Office of the United States Trustee (UST)

18. The Debtor also believes there may be amounts owed to local municipalities and other governmental entities which may be entitled to priority.

**B. Secured Creditors.**

19. The Debtor is indebted to affiliate PHL Holdings, LLC, arising from purchase money financing and debtor in possession financing from the 2022 Bankruptcy in the cumulative principal amount of approximately $25,000,000, which is secured by liens on virtually all assets of the Debtor, including cash collateral.

20. The Debtor is also indebted to Balboa Capital, a division of Ameris Bank, on an equipment financing agreement relating to an oven for the Bertucci's Tremont restaurant location in the principal amount of about $58,000, which is secured by a lien on the oven and proceeds therefrom.

21. Finally, the Debtor notes that there may be additional liens and UCC financing statements reflected in various databases; however, the Debtor's review of its books and records reflect that any associated indebtedness has been satisfied which will be identified and addressed accordingly in the Debtor's bankruptcy schedules.

**C. Unsecured Creditors.**

22. As of the Petition Date, Debtor was indebted to non-disputed and non-insider unsecured creditors in the approximate total amount of $7,000,000.

## VII. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS

23. The Debtor's assets primarily consist of leasehold improvements, personal property, including cash, restaurant equipment and furnishings, food and beverage inventory, liquor licenses, and various other tangible and intangible personal property. The book value of the Debtor's assets is approximately $20,000,000.

## VIII. NUMBER OF EMPLOYEES AND AMOUNT OF WAGES OWED AS OF THE PETITION DATE

24. Immediately prior to the Petition Date, the Debtor employs approximately 900 hourly and salaried employees (the "Employees"). The Employees are paid bi-weekly for services performed during the prior two-week period.

25. Approximately $700,000 is owed for the period ending on April 27, 2025. This payroll is to be funded on April 30, 2025, and paid to Employees on May 2, 2025.

26. The Debtor is filing an emergency motion seeking authority to pay prepetition wages owed to the Employees for the pay period ending on April 27, 2025. No single Employee is believed to be owed more than the $17,150.00 limit in 11 U.S.C. § 507(a)(4).

## IX. STATUS OF THE DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

27. As of the Petition Date, the Debtor owes approximately $940,000 in federal payroll taxes (FICA) to the IRS and roughly $943,000 in sales tax for March 2025, which is set to be paid by the end of this month.

## X. ANTICIPATED EMERGENCY RELIEF

14. Immediately following the Petition, the Debtor plans to take swift action by filing the following key motions on an emergency basis to ensure continuity and stability of its business:

- Emergency Motion for Authority to Pay Prepetition Wages
- Emergency Motion to Maintain Bank Accounts
- Emergency Omnibus Motion to Reject Leases

## XI. STRATEGIC OBJECTIVES

28. The Debtor intends to use the chapter 11 process to formulate a plan that will restructure its debts, streamline and reduce its operational expenses, and reorganize the business

model in a way that will maximize the value of its assets for the benefit of creditors and all parties in interests. The reorganization will prioritize streamlining operations by concentrating on high-performing locations and expanding the Debtor's fast-casual spinoff concept. With these strategic initiatives, the Debtor is poised to emerge from this case revitalized and well-positioned for future growth.

**RESPECTFULLY SUBMITTED** this 24th day of April 2025.

/s/ Lauren L. Stricker
R. Scott Shuker, Esq.,
Florida Bar No. 0984469
rshuker@shukerdorris.com
Lauren L. Stricker, Esq.
Florida Bar No. 91526
lstricker@shukerdorris.com
**Shuker & Dorris, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
*Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY t**hat on April 24, 2025, a true and correct copy of the foregoing has been uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the following, who are registered to receive electronic notices in this case: **UNITED STATES TRUSTEE – ORL** (USTP.Region21.OR.ECF@usdoj.gov).

**I FURTHER CERTIFY** that on April 24, 2025, at my direction and under my supervision, employees of the undersigned's law firm will cause a true and correct filed copy of the foregoing to be served electronically via e-mail upon the following:

| Creditor Name | Email Address |
|---|---|
| **AFA Protective Systems Inc** | lferrone@afap.com |
| **Cost Control Associates** | amber.george@aboutsib.com |
| **Costa Fruit and Produce** | Schofield@freshideas.com |
| **Country Manor Norwood Trust** | pferrari@bestpetroleum.com |
| **Elge Plumbing & Heating** | AShuley@elgeplumbing.com |
| **Frontier Drive Metro Center** | PGrimm@lpc.com |
| **National Grid Electric** | nationalgrid@emails.nationalgridus.com |
| **National Grid Gas** | nationalgrid@emails.nationalgridus.com |
| **NC Read Beam LLC** | cpalumbo@ncolony.com |
| **NCR Local-Southeast Region** | customer.care@ncrvoyix.com |
| **Olo, Inc** | collectionssupport@olo.com |
| **Republic Services** | drice@republicservices.com |
| **Route 140 School Street LLC** | Erin.Smith@wsdevelopment.com |
| **Somerset Waltham LLC** | Gsergi@duffyproperties.com |
| **Springfield Square Central** | Lori@ncrdelco.com |
| **Thompson's Restaurant Inc.** | sthompson@eastc.com |
| **Westbrook Village Realty TR** | BGoldstein@ChestnutHillRealty.com |
| **Wildwood Est. of Braintree** | dhall@fxmessina.com |

**I FURTHER CERTIFY** that true and correct filed copy the foregoing will be served for by the United States Postal Service, via First Class United States Mail, postage prepaid. A Certificate of Service will be separately filed, which will include the associated mailing list(s).

/s/ Lauren L. Stricker
Lauren L. Stricker