**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:25-bk-02401-GER**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2025**          X  **/s/ Thomas Avallone**
                                         Signature of individual signing on behalf of debtor

                                         **Thomas Avallone**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name     **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:25-bk-02401-GER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $ **843,894.15**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $ **843,894.15**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ **23,322,215.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ **946,759.85**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ **28,917,299.00**

4.    **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b    $ **53,186,273.85**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bertucci's Restaurants, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>6:25-bk-02401-GER</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **Checking Account (Operating)** | **6099** | $40,491.00 |
| 3.2. | **PNC Bank**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **Checking Account (Liquor Manual Checks)** | **6144** | $0.00 |
| 3.3. | **PNC Bank**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **Checking Account (Payroll Account)** | **6152** | $0.00 |
| 3.4. | **PNC Bank**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **Checking Account (AP Disbursement)** | **6208** | $0.00 |
| 3.5. | **PNC Bank**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | **Checking Account (Credit Card)** | **6216** | $0.00 |
| 3.6. | **Wells Fargo Bank**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **Depository Account (Automatic drawdown to Operating)** | **6099** | $0.00 |

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(If known)* **6:25-bk-02401-GER** |
|---|---|---|
| | Name | |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                                                                    **$40,491.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Utility deposits:**
**Balt G&E: $12,250**
**Bos Gas: $15,620**
**CL&P: $9,073**
**Delmarvapow: $2,500**
**Eversource: $2,568**
**Ma Elec: $15,475**
**Narragele: $3,488**
**Nstar: $30,566**
**Peco: $12,910**
**Psnh: $4,240**
**Va Pwr: $3,398**
**Pse&G: $3,380**
7.1.    **Eversource: $8,639.15**                                                                                            **$124,107.15**

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                                                                    **$124,107.15**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | **336,586.00** | - | **0.00** | = .... | **$336,586.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**                                                                                                                    **$336,586.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **Bertucci's Restaurants, LLC**                                 Case number *(If known)*  **6:25-bk-02401-GER**
              <sub>Name</sub>

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food and beverage supplies** | 3/25/2025 | $448,400.00 | Recent cost | $292,990.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                              | $292,990.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(If known)* | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2013 Ford Econoline Van**<br>**1FTNE2EW9DDA24456  $8586**<br>**2013 Ford Econoline Van**<br>**1FTNE2WE6DDA21126  $8586**<br>**2017 Suret Trailer 5JW1U0824J2212222**<br>**$5000**<br>**2018 Suret Trailer 5JW1U0614J2212232**<br>**$5000**<br>**2019 Ram 2500 3C6UR5CJOKG518236**<br>**$22,548** | $0.00 | Liquidation | $49,720.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Various restaurant equipment either owned or**<br>**leased.** | Unknown | N/A | Unknown |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $49,720.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Multiple restaurant/store locations as shown on Schedule G.** | **Tenant** | **Unknown** | **N/A** | **Unknown** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. | $0.00 |

Debtor   **Bertucci's Restaurants, LLC**                                        Case number *(If known)*   **6:25-bk-02401-GER**
              Name

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark** | **Unknown** | **N/A** | **Unknown** |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Various liquor licenses per location:**<br>**8 - Norwood:  $115,953**<br>**13 - Hingham:  $100,000**<br>**25 - West Roxbury:  $125,000**<br>**28 - Waltham:  $75,000**<br>**122 - Springfield Square:  $90,000** | **$505,953.00** | **Liquidation** | **Unknown** |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 5

Debtor    **Bertucci's Restaurants, LLC**                                    Case number *(If known)*  **6:25-bk-02401-GER**
_____Name_____

☐ Yes Fill in the information below.

Debtor    **Bertucci's Restaurants, LLC**                    Case number *(If known)*  **6:25-bk-02401-GER**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,491.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $124,107.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $336,586.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $292,990.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $49,720.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $843,894.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $843,894.15 |

**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:25-bk-02401-GER**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

| **2.1** | **523 RESTAURANT, L.P.** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o PENN REAL ESTATE**
**620 RIGHTERS FERRY RD**
**Bala Cynwyd, PA 19004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Trade debt**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **AMERIS BANK** | | $58,215.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Funding Supervisor**
**575 Anton Blvd, Suite 1080**
**Costa Mesa, CA 92626**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | |
|---|---|
| Debtor    **Bertucci's Restaurants, LLC** | Case number (if known)    **6:25-bk-02401-GER** |
| Name | |

☑ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Corporate Service Company** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name
**Describe debtor's property that is subject to a lien**
**Debtor's personal property and fixtures.**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

**sprfiling@cscglobal.com**
Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**03/03/2022**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Contingent
☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.4 | **CT CORPORATION SYSTEM** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name
**Describe debtor's property that is subject to a lien**
**Debtor's personal property and fixtures.**

**ATTN: SPRS**
**330 N BRAND BLVD, STE 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**1/24/2025**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **New Century Assoc. Group, LP** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name
**Describe debtor's property that is subject to a lien**
**Liquor License No. R-136**

**2010 County Line Road**
**Huntingdon Valley, PA 19006**
Creditor's mailing address

**Describe the lien**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | Name | | | |

**Statutory Lien**

**bill@charlsonlaw.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.6** | **PHL Holdings, LLC**

Creditor's Name

**4700 Millenia Blvd., Ste 400 Orlando, FL 32839**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**6/11/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**All assets of the Debtor not otherwise encumbered.**

Describe the lien

**Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$23,264,000.00 | Unknown

---

**2.7** | **PR PLYMOUTH MEETING LIMITED**

Creditor's Name

**200 SOUTH BROAD ST, 3RD FL Philadelphia, PA 19102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/29/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

**Pennsylvania liquor license**

Describe the lien

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown | Unknown

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **REVIEW COLLECTOR -** | | |

Creditor's Name

**TOWN OF GLASTONBURY
2155 MAIN STREET
Glastonbury, CT
06033-2282**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5/7/2024
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Secured lien (NEED INFO)**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

---

| 2.9 | **TOWN OF DARIEN** | | |

Creditor's Name

**2 RENSHAW ROAD
Darien, CT 06820-5344**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/15/2022
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Secured lien (NEED INFO)**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$23,322,215.
00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ameris Bank**<br>**Attn: Jody L. Spencer, VP**<br>**3490 Piedmont Rd NE,Ste 1550**<br>**Atlanta, GA 30305** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-02401-GER**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Baltimore County, Maryland**<br>**400 Washington Avenue**<br>**Room 150**<br>**Towson, MD 21204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $917.40 | $0.00 |
| Date or dates debt was incurred<br>**4/1/2025** | Basis for the claim:<br>**County taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Serv. FICA**<br>**P.O. BOX  522**<br>**Ashland, MA 01721** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,073.45 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll, Social Security, and Medicare taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

55481

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$942,684.00** | **$942,684.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Ops**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.00** | **$85.00** |
|---|---|---|---|

**Maryland Dept of Assessments**
**& Taxation**
**P.O. Box 17052**
**Baltimore, MD 21297-1052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|

**Orange County Tax Collector**
**P.O. Box 545100**
**Orlando, FL 32854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2025**

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,442.24** |
|---|---|---|

**A CLEAR VIEW WINDOW CLEANING**
**PO BOX  502**
**New Freedom, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$633.11** |
|---|---|---|

**A-TECH COMMERCIAL PARTS&SVC**
**330 RESERVOIR STREET**
**Needham Heights, MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AC BEVERAGE INC.**<br>**1993-7 MORELAND PKWY**<br>**Annapolis, MD 21401**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$212.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ADVANCED DRAINS & PLUMBING**<br>**118 BALTIMORE PIKE**<br>**SPRINGFIELD, PA 19064**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,562.93** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AFA PROTECTIVE SYSTEMS INC**<br>**PO Box 21030**<br>**New York, NY 10087-1030**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$78,201.70** |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**ALLIED ADVERTISING LTD PRTNR**<br>**P O BOX 845382**<br>**BOSTON, MA 02284-5382**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**ALLSTATE**<br>**PAYMENT PROCESSING CENTER**<br>**P.O. BOX 650514**<br>**DALLAS, TX 75265-0514**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Insurance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$91.45** |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**AMERICAN BUILDER PROS. LLC**<br>**8 LAURAL HILL ROAD**<br>**STURBRIDGE, MA 01566**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,000.00** |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**AR LANDSCAPING & CONST.**<br>**6 Larrabee Terrace**<br>**Peabody, MA 01960**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** Nonpriority creditor's name and mailing address
**ASK LOCALA INC.**
**55 EAST, 59TH STREET**
**9TH FLOOR**
**NEW YORK, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,000.00**

---

**3.11** Nonpriority creditor's name and mailing address
**ATLAS DISTRIBUTING CORP**
**44 SOUTHBRIDGE STREET**
**AUBURN, MA 01501-0420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,102.65**

---

**3.12** Nonpriority creditor's name and mailing address
**AVERUS NORTHEAST LLC**
**P.O. BOX 588**
**New Hartford, CT 06057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,176.94**

---

**3.13** Nonpriority creditor's name and mailing address
**AVIT LLC**
**8403 SUNSTATE ST**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,154.51**

---

**3.14** Nonpriority creditor's name and mailing address
**BALTIMORE GAS & ELECTRIC CO**
**P O BOX 13070**
**PHILADELPHIA, PA 19101-3070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No ☐ Yes

**$43,248.32**

---

**3.15** Nonpriority creditor's name and mailing address
**BEL AIR SOUTH COMMERCIAL LLC**
**2700 PHILADELPHIA ROAD**
**EDGEWOOD, MD 21040-1120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** Nonpriority creditor's name and mailing address
**BENBRIA INC**
**390 MARCH RD, STE 110**
**KANATA, ON K2K0G7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,391.22**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
**BLACKHAWK NETWORK, INC.**
**P.O. BOX 932859**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$85.63**

---

**3.18** | Nonpriority creditor's name and mailing address
**BOND DISTRIBUTING CO**
**1220 BERNARD DRIVE**
**Baltimore, MD 21223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,278.85**

---

**3.19** | Nonpriority creditor's name and mailing address
**BOSTON LOCK & SAFE COMPANY**
**30 LINCOLN STREET**
**Brighton, MA 02135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,622.65**

---

**3.20** | Nonpriority creditor's name and mailing address
**BRAINTREE ELECTRIC LIGHT**
**150 POTTER RD**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,963.67**

---

**3.21** | Nonpriority creditor's name and mailing address
**BRAINTREE WATER AND SEWER**
**85 QUINCY AVE**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No  ☐ Yes

**$6,780.38**

---

**3.22** | Nonpriority creditor's name and mailing address
**BRANDOLINI PROPERTY MGMT**
**P.O. BOX 4711**
**LANCASTER, PA 17601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.23** | Nonpriority creditor's name and mailing address
**BREAKTHRU BEVERAGE DELAWARE**
**P.O. BOX 22592**
**Baltimore, MD 21203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,096.17**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address
**BREAKTHRU BEVEREGE MARYLAND**
P.O. BOX 13326
Baltimore, MD 21203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,673.33

---

**3.25** Nonpriority creditor's name and mailing address
**BRESCOME BARTON, INC**
69 DEFCO PARK ROAD
North Haven, CT 06473

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,013.82

---

**3.26** Nonpriority creditor's name and mailing address
**BUCCI GRINDING GROUP, LLC**
10 DRAPER STREET
SUITE 14
Woburn, MA 01801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,329.00

---

**3.27** Nonpriority creditor's name and mailing address
**BUNCRANA**
275 MISHAWUM ROAD
Woburn, MA 01801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$33,256.44

---

**3.28** Nonpriority creditor's name and mailing address
**BURKE DISTRIBUTING CORP.**
89 TEED DRIVE
Randolph, MA 02368

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$23,081.36

---

**3.29** Nonpriority creditor's name and mailing address
**C.H. ROBINSON COMPANY, INC.**
14701 CHARLSTON RD
SUITE 1400
Eden Prairie, MN 55347

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address
**CAPTAIN SAMUEL BROWN SCHOOL**
150 LYNN ST
Peabody, MA 01960

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**CENTERCORP SWAMPSCOTT REALTY**
**600 LORING AVE**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,955.55**

---

**3.32** | Nonpriority creditor's name and mailing address
**CENTIMARK CORPORATION**
**12 GRANDVIEW CIRCLE**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,195.70**

---

**3.33** | Nonpriority creditor's name and mailing address
**CHESAPEAKE BEVERAGE**
**10000 FRANKLIN SQUARE DRIVE**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$813.30**

---

**3.34** | Nonpriority creditor's name and mailing address
**CHICO'S LANDSCAPING**
**292 LAWRENCE STREET APT 3**
**Lawrence, MA 01841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**CHRISTIANA TOWN CENTER LLC**
**P.O. BOX 7189**
**Wilmington, DE 19803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,418.57**

---

**3.36** | Nonpriority creditor's name and mailing address
**CIL WALKERS LLC**
**P.O. BOX 105576**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number  **8794**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,054.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**CITY OF BOSTON**
**ONE CITY HALL SQUARE**
**ROOM 601**
**Boston, MA 02201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$782.08**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,191.44 |

**CITY OF FRAMINGHAM**
**PO BOX 847035**
**BOSTON, MA 02284-7035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,735.25 |

**CITY OF MEDFORD**
**TREASURER-COLLECTOR**
**P.O. BOX 9129**
**MEDFORD, MA 02155-9129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $879.49 |

**CITY OF NEWTON-9137**
**P.O. BOX 9137**
**NEWTON, MA 02460-9137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $420.19 |

**CITY OF WALTHAM**
**TREASURER/COLLECTOR'S**
**P.O. BOX 540190**
**WALTHAM, MA 02454-0190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**CLARK ASSOCIATES INC.**
**2205 OLD PHILADELPHIA PIKE**
**Lancaster, PA 17602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,830.11 |

**CLEVELAND MENU PRINTING, INC.**
**1441 EAST 17TH STREET**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $999.91 |

**COASTAL BEVERAGE/HORIZON**
**P.O. BOX 1165**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address
**COLONIAL WHOLESALE BEVERAGE**
P.O. BOX 1430
Fall River, MA 02722

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$999.91**

---

**3.46** | Nonpriority creditor's name and mailing address
**COMCAST (PA)**
P.O. BOX 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,433.83**

---

**3.47** | Nonpriority creditor's name and mailing address
**COMMERCE WAY DEVELOPMENT**
11 POPPASQUASH ROAD
Bristol, RI 02809

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$30,327.98**

---

**3.48** | Nonpriority creditor's name and mailing address
**CONNECTICUT NATURAL GAS CO**
P.O. BOX 847820
464C HERITAGE HILLS
Boston, MA 02284-7820

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,590.02**

---

**3.49** | Nonpriority creditor's name and mailing address
**COOK FAMILY L.P.**
c/o LIZ COOK
464C Heritage Hills
Somers, NY 10589

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address
**COST CONTROL ASSOCIATES**
796 MEETING STREET
Charleston, SC 29403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$630,196.34**

---

**3.51** | Nonpriority creditor's name and mailing address
**COSTA FRUIT AND PRODUCE**
18 Bunker Hill Ind. Park
Charlestown, MA 02129

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$140,094.54**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,527.01** |
|---|---|---|---|
| | **COUNTRY MANOR NORWOOD TRUST** <br> **40 GROVE ST, Unit 430** <br> **Wellesley, MA 02482** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.20** |
|---|---|---|---|
| | **CRAFT BEER GUILD, LLC** <br> **170 MARKET ST.** <br> **Everett, MA 02149** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Crystal Thompson** <br> **c/o Cantor Injury Law Firm** <br> **1 Prestige Dr, Ste 101** <br> **Meriden, CT 06450** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Unsecured Claim / Litigation** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,135.42** |
|---|---|---|---|
| | **CURRY PRINTING** <br> **190 TURNPIKE ROAD** <br> **P.O. BOX 969** <br> **Westborough, MA 01581** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,456.26** |
|---|---|---|---|
| | **D&H 402A PAD PARTNERSHIP TS** <br> **c/o CARON & BLETZER** <br> **P.O. Box 969** <br> **Kingston, NH 03848** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,456.26** |
|---|---|---|---|
| | **DATADELIVERS LLC** <br> **100 W HILLCREAST BLVD** <br> **SUITE 406** <br> **Schaumburg, IL 60195** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|
| | **DELAWARE COUNTY** <br> **CHAMBER OF COMMERCE** <br> **1001 BALTIMORE PIKE** <br> **SUITE 309** <br> **Baltimore, MD 21297-3213** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**DELIVERTHAT**
**5757 MAYFAIR RD**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/services**

Is the claim subject to offset? ■ No ☐ Yes

**$734.15**

---

**3.60** | Nonpriority creditor's name and mailing address

**DELMARVA POWER**
**P.O. BOX 13609**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$15,531.87**

---

**3.61** | Nonpriority creditor's name and mailing address

**DIRECT ENERGY MARKETING**
**P.O. BOX 70220**
**Philadelphia, PA 19176-0220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.62** | Nonpriority creditor's name and mailing address

**DMR LANDSCAPING CON.**
**31 KENDALL LANE #1**
**Framingham, MA 01702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,480.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**DONOVAN ELECTRIC CO., INC.**
**127 MILTON ST**
**Dedham, MA 02026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and repairs**

Is the claim subject to offset? ■ No ☐ Yes

**$24,683.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**EASY ICE LLC**
**P.O. BOX 879**
**Marquette, MI 49855**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$510.05**

---

**3.65** | Nonpriority creditor's name and mailing address

**ECOLAB**
**P.O. BOX 32027**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,481.31**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**ECOLAB FOOD SAFETY SPEC.**
**24198 NETWORK PLACE**
**Chicago, IL 60673-1241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$2,343.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
**ECOLAB INC**
**P.O. BOX 100512**
**Pasadena, CA 91189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$10,516.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
**ECOLAB PEST ELIMINATION**
**26252 NETWORK PLACE**
**Chicago, IL 60673-1262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$45,024.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest control services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address
**EDWARD DON & COMPANY, LLC**
**9801 ADAM DON PARKWAY**
**Woodridge, IL 60517**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$2,133.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food service equipment service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address
**ELGE PLUMBING & HEATING**
**P.O. BOX 1070**
**Burlington, MA 01803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$103,892.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address
**EVERSOURCE**
**P.O. BOX 56007**
**Boston, MA 02205-6007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$48,905.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address
**EVERSOURCE CT**
**P.O. BOX 650851**
**Dallas, TX 75265-0851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$6,571.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Bertucci's Restaurants, LLC**                    Case number (if known)   **6:25-bk-02401-GER**
_____
Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,029.04 |
|---|---|---|---|

**EVERSOURCE-56002**
**P.O. BOX 56002**
**Boston, MA 02205-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,546.05 |
|---|---|---|---|

**EYEMED**
**P.O. BOX 632530**
**Cincinnati, OH 45263-2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,493.90 |
|---|---|---|---|

**FEDERAL EXPRESS CORPORATION**
**P.O. BOX 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.42 |
|---|---|---|---|

**FEDEX FREIGHT**
**DEPT CH PO BOX 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,791.00 |
|---|---|---|---|

**FISHBOWL INC. DBA:PERSONICA**
**P.O. BOX 740513**
**Atlanta, GA 30374-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.23 |
|---|---|---|---|

**FOOD PREP SOLUTIONS LLC**
**P.O. BOX 1221**
**Bridgeport, CT 06601-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,259.54 |
|---|---|---|---|

**FRAMINGHAM-150 FR**
**REALITY LIMITED PARTNERSHIP**
**1051 RESERVOIR AVENUE**
**Cranston, RI 02910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Frank Gagnon
504 Nasketucket Way
Fairhaven, MA 02719

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unsecured Claim / Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110,499.44** |
|---|---|---|---|

FRONTIER DRIVE METRO CENTER
P.O. BOX 103428
Pasadena, CA 91189-3428

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Claim / Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,085.15** |
|---|---|---|---|

G&R MECHANICAL INC.
3220 BERGEY ROAD
Hatfield, PA 19440

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Genevieve Gallo
c/o Michael D. Pushee, Esq.
100 Midway PL, Ste 16
Cranston, RI 02920

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unsecured Claim / Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,177.25** |
|---|---|---|---|

GLASTONBURY MECHANICAL CORP
P O BOX 1403
Glastonbury, CT 06033

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,224.51** |
|---|---|---|---|

GRISWOLD MALL ASSOCIATES
1000 HUNTINGTON TURNPIKE
Bridgeport, CT 06610

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$399.00** |
|---|---|---|---|

GRUBHUB HOLDINGS INC.
P.O. BOX 71649
Chicago, IL 60694

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,195.20**

**H-I-M MECHANICAL SYSTEMS**
**90 FIRST STREET**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,153.05**

**Hartford County, MD**
**c/o Sean P. Carven**
**220 S. Main Street**
**Bel Air, MD 21014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured Claim / Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,610.00**

**HEAVENS GARDEN LANDSCAPE**
**79 JACLYN CIRCLE**
**Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,158.88**

**HING WAH REALTY TRUST**
**C/O HOWARD LEE, TRUSTEE**
**329 OLD CONNECTICUT PATH**
**Wayland, MA 01778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **(NEED INFO)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,435.56**

**HORIZON BEVERAGE**
**P.O. BOX 1165**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,232.97**

**Howard County Maryland**
**Attn: Director of Finance**
**P.O. Box 37213**
**Baltimore, MD 21297-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility (Water)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HUGHES NETWORK SYSTEMS LLC**
**11717 EXPLORATION LANE**
**Germantown, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,765.25** |
|---|---|---|---|

**IMPACT FIRE SERVICES LLC**
**26 HAMPSHIRE DRIVE**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Fire suppression services & repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,435.00** |
|---|---|---|---|

**INTERACTIVE COMMUNICATIONS**
**P.O. BOX 935359**
**Atlanta, GA 31193-5359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,515.14** |
|---|---|---|---|

**INTERSTATE FOOD EQUIPMENT**
**43 SHARON STREET**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamie Guzman**
**c/o Michael Grenier**
**28 State St., Ste 1050**
**Boston, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Unsecured Claim / Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233.00** |
|---|---|---|---|

**JOHNSON BROTHERS OF RI**
**120 MOSCRIP AVE**
**North Kingstown, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,073.45** |
|---|---|---|---|

**JOSEPH GAIED**
**LMC REALTY TRUST**
**P.O. BOX 522**
**Ashland, MA 01721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JPPF 18 TREMONT LLC**
**LB #1707**
**P.O. BOX 98000**
**Philadelphia, PA 19195-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.05**

**KATCEF BROS INC**
**2404 A & EAGLE BLVD**
**Annapolis, MD 21401**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,302.41**

**KEVIN CLEMMONS**
**1020 CONSTITION WAY**
**Cumming, GA 30040**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,728.80**

**KNAPP FOODS INC**
**P.O. BOX 396**
**Natick, MA 01760**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.60**

**L KNIFE & SONS INC**
**P.O. BOX K**
**Kingston, MA 02364**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.35**

**LEGALSHIELD**
**P.O. BOX 2629**
**Ada, OK 74520**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Website/firewall protection services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,700.77**

**LENOX-MARTEL INC**
**1434 COUNTY LINE ROAD**
**Huntingdon Valley, PA 19006**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00**

**LIMON LANDSCAPING LLC**
**P.O. BOX 7882**
**Newark, DE 19714**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landscaping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address**

**M.S. WALKER INC.**
**975 UNIVERSITY AVE.**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$20,545.84**

---

**3.109** | **Nonpriority creditor's name and mailing address**

**MAKO NETWORKS**
**1355 N. MCLEAN BLVD.**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,188.50**

---

**3.110** | **Nonpriority creditor's name and mailing address**

**MANSFIELD WATER/SEWER**
**DEPT OF PUBLIC WORKS**
**P.O. BOX 9192**
**Chelsea, MA 02150-9192**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$3,474.25**

---

**3.111** | **Nonpriority creditor's name and mailing address**

**MARQII INC**
**6415 STEER TRL**
**Austin, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,480.00**

---

**3.112** | **Nonpriority creditor's name and mailing address**

**MARSHALL FOOD EQUIPMENT**
**200 BROAD STREET**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.85**

---

**3.113** | **Nonpriority creditor's name and mailing address**

**MARTIGNETTI COMPANIES**
**QUALITY BEVERAGE**
**500 JOHN HANCOCK RD**
**Taunton, MA 02780-6958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44,196.58**

---

**3.114** | **Nonpriority creditor's name and mailing address**

**MCLAUGHLIN & MORAN INC**
**40 SLATER ROAD**
**Cranston, RI 02920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

**$870.70**

---

Debtor    **Bertucci's Restaurants, LLC**                          Case number (if known)    **6:25-bk-02401-GER**
          Name

| | |
|---|---|
| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**3.115** Nonpriority creditor's name and mailing address
Medcor, Inc.
4805 W. Prime Parkway
McHenry, IL 60050

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address
MERRIMACK VALLEY DIST CO
P O BOX 417
Danvers, MA 01923

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,759.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.117** Nonpriority creditor's name and mailing address
MIKES LANDSCAPING
41 WAYCROSS DRIVE
Warwick, RI 02888

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address
MONTGOMERY MALL RLTY HOLDING
1010 NORTHERN BLVD
STE 212
Great Neck, NY 11021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
MS WALKER RHODE ISLAND
16 COMMERICAL WAY
Warren, RI 02885-1537

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,731.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
MYSTIC VALLEY PARKWAY
TRUST STA WITE, INC.
15 GARFIELD AVE
Somerville, MA 02145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$51,478.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address
NATIONAL GRID ELECTRIC
P.O. BOX 371396
Pittsburgh, PA 15250-7396

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$71,503.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.122**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,262.14 |
|---|---|---|
| **NATIONAL GRID GAS**<br>P.O. BOX 371338<br>Pittsburgh, PA 15250-7338 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Utility** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.123**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,291.75 |
|---|---|---|
| **NC READ BEAM LLC**<br>**NORTH COLONY ASSET MGT**<br>625 MT. AUBURN STREET<br>Cambridge, MA 02138 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| **NCR LOCAL-SOUTHEAST REGION**<br>P.O. BOX 198755<br>Atlanta, GA 30384-8755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,000.00 |
|---|---|---|
| **NCR LOCAL-SOUTHEAST REGION**<br>P.O. BOX 198755<br>Atlanta, GA 30384-8755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,982.50 |
|---|---|---|
| **NEW ENGLAND UPHOLSTERY**<br>3824 CHESTNUT HILL AVE.<br>Athol, MA 01331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.127**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,195.13 |
|---|---|---|
| **NEW HORIZON COMMUNICATION**<br>P.O. BOX 981073<br>Boston, MA 02298-1073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $879.11 |
|---|---|---|
| **NEW HORIZONS TECHNOLOGIES**<br>4 CAMPGROUND ROAD<br>Sterling, MA 01564 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.25 |
|---|---|---|---|

**NKS DISTRIBUTORS, INC.**
**PO BOX 810**
**Smyrna, DE 19977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.34 |
|---|---|---|---|

**NORTHEAST BEVERAGE CORP**
**ONE COORS DRIVE**
**North East, MD 21901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**NORTHEAST CUTLERY INC.**
**244 ASH ST**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,963.63 |
|---|---|---|---|

**NUCO2 INC.**
**P.O. BOX 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,087.58 |
|---|---|---|---|

**Office of the United States**
**400 West Washington St, Ste. 1100**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **US Trustee Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,000.00 |
|---|---|---|---|

**OLO, Inc**
**285 Fulton Street, FL 82**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,508.99 |
|---|---|---|---|

**OPENTABLE, INC.**
**P.O. BOX 101861**
**Pasadena, CA 91189-1861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address
PAYTRONIX SYSTEMS, INC.
80 BRIDGE STREET
Newton, MA 02458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,678.05

---

**3.137** | Nonpriority creditor's name and mailing address
PECO ENERGY
P.O. BOX 13437
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

$44,688.21

---

**3.138** | Nonpriority creditor's name and mailing address
PHL Holdings, LLC
4700 Millenia Blvd., Ste 400
Orlando, FL 32839

Date(s) debt was incurred  **6/22/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider loan.**

Is the claim subject to offset? ■ No ☐ Yes

$22,151,000.00

---

**3.139** | Nonpriority creditor's name and mailing address
PREMIUM BEVERAGE WHOLESALE
HORIZON BEVERAGE
P.O. BOX 1165
Norton, MA 02766

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,094.63

---

**3.140** | Nonpriority creditor's name and mailing address
PREMIUM DIST OF VA
15001 NORTHRIDGE DRIVE
Chantilly, VA 20151

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,511.93

---

**3.141** | Nonpriority creditor's name and mailing address
PRO TECH MEDIA SOLUTIONS
2501 WHITE AVE
Nashville, TN 37204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$704.00

---

**3.142** | Nonpriority creditor's name and mailing address
QUALITY BEVERAGE LP
880 BURNETT ROAD
Chicopee, MA 01020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$791.15

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
| --- | --- | --- | --- |
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **R365, Inc.** | ☐ Contingent | |
| | **500 Technology Dr Suite 200** | ☐ Unliquidated | |
| | **Irvine, CA 92618** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Trade debt**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,315.00** |
| --- | --- | --- | --- |
| | **RADIANT CLEANING SERVICES** | ☐ Contingent | |
| | **1257 WORCESTER RD** | ☐ Unliquidated | |
| | **SUITE 252** | ☐ Disputed | |
| | **Framingham, MA 01701** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Services**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,522.00** |
| --- | --- | --- | --- |
| | **RAGGS SEPTIC SERVICE INC.** | ☐ Contingent | |
| | **PO BOX 1027** | ☐ Unliquidated | |
| | **Concord, MA 01742** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Septic services / utility**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,511.61** |
| --- | --- | --- | --- |
| | **READING MUNICIPAL LIGHT DEPT** | ☐ Contingent | |
| | **P O BOX 30** | ☐ Unliquidated | |
| | **Reading, MA 01867-0030** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Utility**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,003.54** |
| --- | --- | --- | --- |
| | **REPUBLIC NATIONAL DIST. CO.** | ☐ Contingent | |
| | **8201 STAYTON DRIVE** | ☐ Unliquidated | |
| | **Jessup, MD 20794** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Trade debt**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,963.98** |
| --- | --- | --- | --- |
| | **REPUBLIC SERVICES** | ☐ Contingent | |
| | **P.O. BOX 99917** | ☐ Unliquidated | |
| | **Chicago, IL 60696-7717** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Trade debt**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |
| | **RETAIL PROPERTIES BUS. TRUST** | ☐ Contingent | |
| | **c/o FED REALTY INV. TRUST** | ☐ Unliquidated | |
| | **P.O. BOX 8500-9320** | ☐ Disputed | |
| | **Philadelphia, PA 19178-9320** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __**Trade debt**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Bertucci's Restaurants, LLC**
_____
    Name

Case number (if known)   **6:25-bk-02401-GER**

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,596.63 |
|---|---|---|---|

**RHODE ISLAND DISTRIBUTING**
P.O. BOX 1437
Coventry, RI 02816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,016.51 |
|---|---|---|---|

**RHODE ISLAND ENERGY**
P.O.BOX 371361
Pittsburgh, PA 15250-7361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.42 |
|---|---|---|---|

**RILEY PLUMBING**
**15 NEW ENGLAND WAY**
**#3**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services / repairs**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,602.45 |
|---|---|---|---|

**RINGCENTRAL, INC.**
P.O. BOX 734232
Dallas, TX 75373-4232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt / services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**RISE & SHINE WINDOW CLEANING**
**31 GRANITE STREET**
**Milford, MA 01757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt / services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.53 |
|---|---|---|---|

**ROBERTS OXYGEN COMPANY INC**
**15830 REDLAND ROAD**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,227.09 |
|---|---|---|---|

**ROUTE 140 SCHOOL STREET LLC**
P.O. BOX 847425
Boston, MA 02284-7425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,521.43** |
|---|---|---|---|

**RUBY WINES**
**P.O. BOX 7**
**15942 SHADY GROVE ROAD**
**Avon, MA 02322-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$411.00** |
|---|---|---|---|

**SKURNIK WINES & SPIRITS**
**PO BOX 514**
**Suite 300**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**SNOWDEN HOLDINGS LLC**
**c/o ADAM SCHWARTZ**
**SUITE 500**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Snowden Square Retail Center**
**10096 Red Rn Blvd**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,388.16** |
|---|---|---|---|

**SOMERSET WALTHAM LLC**
**465 WAVERLEY OAKS ROAD**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**SOUTH SHORE LANDSCAPING CORP**
**PO BOX 272**
**P.O. BOX 17044**
**South Weymouth, MA 02190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,177.90** |
|---|---|---|---|

**SOUTHERN GLAZER'S OF DE**
**PO BOX 70235**
**Philadelphia, PA 19176-0235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$314.52**

**SOUTHERN GLAZER'S OF MD**
**LOCKBOX # 10017044-1796**
**Baltimore, MD 21297-1044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,520.95**

**SOUTHERN GLAZER'S OF NE**
**PO BOX 27069**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,146.84**

**SPRINGFIELD SQUARE CENTRAL**
**1001 BALTIMORE PIKE**
**Springfield, PA 19064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,041.59**

**SPROUT SOCIAL**
**DEPT. CH 17275**
**Palatine, IL 60055-7275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,179.14**

**ST JOHN PROPERTIES INC**
**P.O. BOX 62684**
**Baltimore, MD 21264-2684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unsecured Claim / Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$631.28**

**STANDARD DISTRIBUTING CO**
**100 SOUTH MEWS DRIVE**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$903.20**

**STAR DISTRIBUTORS, INC.**
**P.O. BOX 1200**
**New Haven, CT 06505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.171**

**Nonpriority creditor's name and mailing address**
**STATE OF NEW HAMPSHIRE**
**NH DRA**
**P.O. Box 1265**
**Concord, NH 03302-1265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.172**

**Nonpriority creditor's name and mailing address**
**STATE OF NEW HAMPSHIRE**
**Attn: TREASURER**
**129 PLEASANT ST.**
**Concord, NH 03301-3857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$42,070.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**
**STEVE'S MONSTER PLUMBING LLC**
**3 KING SQUARE CT.**
**Rosedale, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,725.00**

---

**3.174**

**Nonpriority creditor's name and mailing address**
**SYMETRA FINANCIAL**
**P.O. BOX 1491**
**Minneapolis, MN 55480-1491**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,958.90**

---

**3.175**

**Nonpriority creditor's name and mailing address**
**SYMETRA LIFE INSURANCE CO**
**BENEFITS DIV-ACCOUNTING SERV**
**P.O. Box 1491**
**Minneapolis, MN 55480-1491**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,703.67**

---

**3.176**

**Nonpriority creditor's name and mailing address**
**SYSCO BOSTON**
**99 Spring Street**
**Plympton, MA 02367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,553,820.08**

---

**3.177**

**Nonpriority creditor's name and mailing address**
**THOMPSON'S RESTAURANT INC.**
**P.O. BOX 155**
**North Andover, MA 01845-0155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$80,571.99**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

**3.178**

**Nonpriority creditor's name and mailing address**
Tiana Chevere
c/o Shaheen Guerrera OLeary
820A Turnpike St
North Andover, MA 01845

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Claim / Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**

**Nonpriority creditor's name and mailing address**
TILE PRO PLUS  INC.
259 CUSHMAN AVENUE
Revere, MA 02151

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and repairs**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,975.00**

---

**3.180**

**Nonpriority creditor's name and mailing address**
TITAN  BEVERAGE INC.
1667 DEKALB PIKE
Blue Bell, PA 19422

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,023.57**

---

**3.181**

**Nonpriority creditor's name and mailing address**
Toast, Inc.
401 Park Drive Suite 801
Boston, MA 02215

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.182**

**Nonpriority creditor's name and mailing address**
TONYS LANDSCAPING
673 GLYNOCK PLACE
Reisterstown, MD 21136

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,900.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**
TOWN OF HINGHAM
210 CENTRAL ST
Hingham, MA 02043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$849.37**

---

**3.184**

**Nonpriority creditor's name and mailing address**
TOWN OF HOLLISTON
PO Box 986535
Boston, MA 02298-6535

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,608.01**

---

Debtor     **Bertucci's Restaurants, LLC**                                Case number (if known)    **6:25-bk-02401-GER**
      Name

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$551.16**
--- | --- | --- | ---

**TOWN OF MANSFIELD**
P.O. BOX 9192
Chelsea, MA 02150-9192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00**
--- | --- | --- | ---

**TOWN OF MANSFIELD**
6 PARK ROW
Mansfield, MA 02048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,815.24**
--- | --- | --- | ---

**TOWN OF NORTH ANDOVER**
DEPT 2850
P.O. Box 986500
BOSTON, MA 02298-6500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.90**
--- | --- | --- | ---

**TOWN OF NORTH ANDOVER**
DEPARTMENT 7640
P.O. Box 4110
Woburn, MA 01888-4110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,239.43**
--- | --- | --- | ---

**TOWN OF NORWOOD Electric**
P O BOX 986539
Boston, MA 02298-6539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,060.03**
--- | --- | --- | ---

**TOWN OF PLYMOUTH**
Treasurer/Collector
26 Court Street
Plymouth, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.34**
--- | --- | --- | ---

**TOWN OF READING**
PO BOX 848203
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,195.69**

**TOWN OF SWAMPSCOTT**
**P.O. BOX 886**
**Reading, MA 01867-0124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$486.50**

**TOWN OF SWAMPSCOTT**
**P.O. BOX 886**
**Reading, MA 01867-0124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,206.55**

**TOWN OF WESTBOROUGH, MA**
**P O BOX 4113**
**Woburn, MA 01888-4113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**TRIMARK UNITED EAST INC.**
**PO BOX 845377**
**Boston, MA 02284-5377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,555.38**

**TRION-MMA**
**P.O. BOX 412703**
**Boston, MA 02241-2703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.50**

**TROOP 75 CHELMSFORD SEABASE**
**1 WORTHEN STREET**
**SUITE 3000**
**Chelmsford, MA 01824-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,775.00**

**US HVAC SERVICES, INC**
**5540 PORT ROYAL RD**
**Suite 1100**
**Arlington, VA 22215-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services and repairs__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

**3.199**

**Nonpriority creditor's name and mailing address**
**US MJW EAST GATE I, LLC**
**20 S. CLARK ST**
**Chicago, IL 60603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**
**VAN'S SHARPENING,LLC.**
**2799 S QUEEN STREET**
**Dallastown, PA 17313**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$713.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt / services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**
**Vanessa Fortin**
**c/o Peter M. Mimmo, Esq.**
**18 Chestnut St., Room 520**
**Worchster, MA 04608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Claim / Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**
**VDC ON THE FLY**
**218 E  BEARSS AVE**
**SUITE 4**
**Tampa, FL 33613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$1,274.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**
**VEOLIA WATER DELAWARE**
**PAYMENT CENTER**
**P.O. Box 371804**
**Pittsburgh, PA 15250-7804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$321.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**
**VERITAS REAL ESTATE**
**M3 REAL ESTATE HOLDINGS**
**701 ROUTE 73 NORTH, STE 4**
**Marlton, NJ 08053**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**
**VESTIS / ARAMARK**
**22808 NETWORK PLACE**
**Chicago, IL 60673-1228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                     **$54,469.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,016.80** |
|---|---|---|---|

**VIKING CLOUD INC.**
**P.O. BOX 771994**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$603.00** |
|---|---|---|---|

**VINTAGE IMPORTS, INC.**
**200 RITTENHOUSE CIRCLE**
**WEST#5**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209.91** |
|---|---|---|---|

**Virginia Alcoholic Beverage**
**Control Authority**
**P.O. Box 3250**
**Mechanicsville, VA 23116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,214.05** |
|---|---|---|---|

**VIRTUAL DINING CONCEPTS**
**4700 MILLENIA BLD**
**STE 405**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.03** |
|---|---|---|---|

**WARWICK UTILITY BILLING**
**P O BOX 981076**
**Boston, MA 02298-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WASHINGTON GAS**
**P.O. BOX 37747**
**Philadelphia, PA 19101-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,020.26** |
|---|---|---|---|

**WEIR RIVER WATER SYSTEM**
**PO BOX 876**
**Reading, MA 01867-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| Debtor **Bertucci's Restaurants, LLC** | Case number (if known) **6:25-bk-02401-GER** |
| Name | |

| | | |
|---|---|---|
| **3.213** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,413.30** |
| **WESTBROOK VILLAGE REALTY TR**<br>P.O. BOX 67396<br>Chestnut Hill, MA 02467 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.214** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,013.20** |
| **WILDWOOD EST. OF BRAINTREE**<br>P O BOX 859059<br>Braintree, MA 02185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.215** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,441.13** |
| **WINDSTREAM ENTERPRISE**<br>P.O. BOX 9001013<br>Louisville, KY 40290-1013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.216** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,619.77** |
| **WINE AND SPIRITS-PA**<br>209 W LANCASTER AVE<br>Wayne, PA 19087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.217** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,158.68** |
| **WSM HINGHAM PROPERTIES LLC**<br>PO BOX 3274<br>Boston, MA 02241-3274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.218** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,560.93** |
| **XEROGRAPHIC DIGITAL PRINTING**<br>1948 33RD ST<br>Orlando, FL 32839 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Frontier Drive Metro Center**<br>**c/o Magruder Cook, et al.**<br>**1889 Preston White Drive**<br>**Suite 200**<br>**Reston, VA 20191** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Sheila Leslie, Esq.**<br>**40 York Road, Ste 300**<br>**Towson, MD 21204** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Thomas Musi, Esq.**<br>**21 West Third Street**<br>**Springfield, PA 19064** | Line **3.166**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 946,759.85 |
| **5b. Total claims from Part 2** | 5b. + | $ 28,917,299.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 29,864,058.85 |

**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:25-bk-02401-GER**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Alarm Systems** |
| State the term remaining | **AFA Protective Systems** |
| List the contract number of any government contract | **P.O. Box 21030**<br>**New York, NY 10087-1030** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Linen** |
| State the term remaining | **Aramark Uniform Services** |
| List the contract number of any government contract | **22808 Network Place**<br>**Chicago, IL 60673-1228** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Music** |
| State the term remaining | **Audio Electronics Inc** |
| List the contract number of any government contract | **2501 White Avenue**<br>**Nashville, TN 37204** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **000070 - Chelmsford, 14 Littleton Road Chelmsford MA 01824** |
| State the term remaining | **Buncrana** |
| List the contract number of any government contract | **275 Mishawum Road**<br>**Woburn, MA 01801** |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | Case number (*if known*) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Produce** | |
| | State the term remaining | | **C.H. Robinson Company**<br>**Attn: Legal Department**<br>**14701 Charlston Road**<br>**Suite 1200**<br>**Eden Prairie, MN 55347** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **000109 - Christiana, 201 West Main Street Newark DE 19702** | |
| | State the term remaining | | **Christiana Town Center LLC**<br>**PO Box 7189**<br>**Wilmington, DE 19803** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **000130 - Reading, 45 Walkers Brook Drive, Reading, MA 01867** | |
| | State the term remaining | | **CIL Walkers LLC**<br>**c/o Bank of America, N.A.**<br>**PO Box 105576**<br>**Atlanta, GA 30348** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage** | |
| | State the term remaining | | **Coca Cola Company**<br>**P.O.  Box 102190**<br>**68 Annex**<br>**Atlanta, GA 30368** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 6 Plaza Way, Plymouth, MA 02360** | |
| | State the term remaining | | **COMMERCE WAY DEV CO**<br>**C/O WILLIAM R. LANDRY**<br>**30 EXCHANGE TERRACE**<br>**Providence, RI 02903** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | Case number (*if known*) | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

<span style="background-color:#4B0026">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Copliancy**<br>**2222 Damon Street**<br>**Los Angeles, CA 90021** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Television** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DirecTV**<br>**P.O. Box 5006**<br>**Carol Stream, IL 60197-5006** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Clean Supplies & Pest Control** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EcoLab, Inc.**<br>**P.O. Box 32027**<br>**New York, NY 10087** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Food Safety** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EcoSure**<br>**26252 Network Place**<br>**Chicago, IL 60673** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FISHBOWL**<br>**P.O. Box 740513**<br>**Atlanta, GA 30374-0513** |

Debtor 1  **Bertucci's Restaurants, LLC**                              Case number (*if known*)  **6:25-bk-02401-GER**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **000018 - Framingham, 150 Worcester Road, Framingham, MA 01702** | |
|---|---|---|---|
| | State the term remaining | | **Framingham - 150 FR Realty Limited Partnership 1051 Reservoir Ave Cranston, RI 02910** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **000072 - Springfield, 655 Frontier Drive, Springfield, VA 22150** | |
|---|---|---|---|
| | State the term remaining | | **Frontier Drive Metro Center Lockbox #283523 PO Box 713523 Philadelphia, PA 19171-3523** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **000031 - Glastonbury, 2882 Main Street Glastonbury CT 06033** | |
|---|---|---|---|
| | State the term remaining | | **Griswold Mall Associates 1000 Huntington Turnpike Bridgeport, CT 06610** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **000096 - Westboro, 160 Turnpike Road, (Rte 9), Westborough, MA 01581** | |
|---|---|---|---|
| | State the term remaining | | **Hing Wah Realty Trust c/o Howard Lee, Trustee 67 Beach St. Boston, MA 02111** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Networking** | |
|---|---|---|---|
| | State the term remaining | | **HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE Germantown, MD 20876** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | | Case number (*if known*) | **6:25-bk-02401-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **TBD** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JPPF 18 TREMONT, LLC**<br>**18 TREMONT STREET**<br>**Boston, MA 02108** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **000015 - Newton, 275 Centre Street Newton MA 02458** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Knapp Foods Inc**<br>**PO Box 396**<br>**Natick, MA 01760** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | | **Marqii**<br>**Attn: Bryan Rutcofsky**<br>**26 Broadway, FL 3**<br>**Ste 333**<br>**Austin, TX 78749** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 1946 Post Road Warwick, RI, 02886** | |
|---|---|---|---|
| | State the term remaining | | **NC RED BEAM LLC**<br>**C/O NORTH COLONY ASSET MGT**<br>**ATTN: CHIP PALUMBO**<br>**625 Mt. Auburn St.**<br>**Cambridge, MA 02138** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 1405 Providence Highway Norwood, MA, 02062** | |
|---|---|---|---|
| | State the term remaining | | **NORWOOD COUNTRY MANOR, LLC**<br>**C/O COUNTRY MANOR NORWOOD**<br>**ATTN: PAUL FERRARI**<br>**40 Grover St., Unit 430**<br>**Wellesley, MA 02482** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | Case number *(if known)* | **6:25-bk-02401-GER** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **CO2** | |
|---|---|---|---|
| | State the term remaining | | **NuCO2**<br>**P.O. Box 417902**<br>**Boston, MA 02241-7902** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 280 School Street Mansfield, MA, 02048** | |
|---|---|---|---|
| | State the term remaining | | **ROUTE 140 SCHOOL STREET, LLC**<br>**ATTN: ERIN SMITH**<br>**P.O. Box 847425**<br>**Boston, MA 02284-7425** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **000050 - Columbia, 9081 Snowden River Parkway Columbia MD 21044** | |
|---|---|---|---|
| | State the term remaining | | **Snowden Holdings LLC**<br>**c/o Adam Schwartz**<br>**15942 Shady Grove Rd**<br>**Gaithersburg, MD 20877** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **000028 - Waltham, 475 Winter Street Waltham MA 02451** | |
|---|---|---|---|
| | State the term remaining | | **Somerset Waltham LLC**<br>**465 Waverly Oaks Rd Ste 500**<br>**Waltham, MA 02452** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **000122 - Springfield Square 965 Baltimore Pike Springfield PA 19064** | |
|---|---|---|---|
| | State the term remaining | | **Springfield Square Central**<br>**c/o Continental Developers**<br>**1604 Walnut St - 5th Floor**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

Debtor 1  **Bertucci's Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **6:25-bk-02401-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | 000034 - Medford, 4054 Mystic Valley Parkway Medford MA 02155 | |
|---|---|---|---|
| | State the term remaining | | STA Wite Inc 15 Garfield Ave. Somerville, MA 02145 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Office Supplies | |
|---|---|---|---|
| | State the term remaining | | Staples P.O. Box 105748 Atlanta, GA 30348-5748 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Food Supplier | |
|---|---|---|---|
| | State the term remaining | | Sysco Boston 99 Spring Street Plympton, MA 02367 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease on commercial real property located at 435 Andover Street North Andover, MA, 01845 | |
|---|---|---|---|
| | State the term remaining | | THOMPSON'S RESTAURANT, INC. OF NORTH AND ATTN: STUART THOMPSON P.O. Box 155 North Adover, MA 01845-0155 |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Restaurant Supplies | |
|---|---|---|---|
| | State the term remaining | | TriMark P.O. Box 845377 Boston, MA 22845-8377 |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | | Case number (*if known*) | **6:25-bk-02401-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **IT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Viking Cloud**<br>**P.O. Box 771994**<br>**Detroit, MI 48277** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **000025 - West Roxbury, 683 VFW Parkway West Roxbury MA 02467** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Westbrook Village Realty Tr.**<br>**PO Box 67396**<br>**Chestnut Hill, MA 02467** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 412 Franklin St. Braintree, MA 02184** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **WILDWOOD ESTATES OF BRAINTREE, INC.**<br>**Attn: Debora Hall**<br>**P.O. Box 859059**<br>**Braintree, MA 02185** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Windstream Enterprise Services**<br>**P.O. Box 9001013**<br>**Louisville, KY 40290-1013** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **000013 - Hingham, 90 Derby Street Hingham MA 02043** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **WSM Hingham Properties LLC**<br>**PO Box 3274**<br>**Boston, MA 02241-3274** |

| Debtor 1 | Bertucci's Restaurants, LLC | | Case number (if known) | 6:25-bk-02401-GER |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | | **YELP**<br>**P.O.  Box 204393**<br>**Dallas, TX 75320-4393** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on commercial real property located at 1818 York Road Timonium, MD, 21093** | |
|---|---|---|---|
| | State the term remaining | | **YORK-RIDGELY JOINT VENTURE, LLC**<br>**C/O LAWRENCE MAYKRANTZ**<br>**2560 Lord Baltimore Dr.**<br>**Baltimore, MD 21244** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Bertucci's Restaurants, LLC__

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) __6:25-bk-02401-GER__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Bertucci's Holding, LLC | 4700 Millenia Blvd, Ste 400 Orlando, FL 32839 | PHL Holdings, LLC | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.2 Bertucci's Holding, LLC | 4700 Millenia Blvd, Ste 400 Orlando, FL 32839 | PHL Holdings, LLC | ☐ D _____ ■ E/F __3.138__ ☐ G _____ |
| 2.3 Bertucci's Restaurants (B-A) | 12 Bel Air S. Parkway Bel Air, MD 21015 | PHL Holdings, LLC | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.4 Bertucci's Restaurants (B-A) | 12 Bel Air S. Parkway Bel Air, MD 21015 | PHL Holdings, LLC | ☐ D _____ ■ E/F __3.138__ ☐ G _____ |
| 2.5 Bertucci's Restaurants (BAL) | 1818 York Road Lutherville Timonium, MD 21093 | PHL Holdings, LLC | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number *(if known)* | **6:25-bk-02401-GER** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Bertucci's Restaurants (BAL)** | **1818 York Road**<br>**Lutherville Timonium, MD 21093** | **PHL Holdings, LLC** | ☐ D _____<br>■ E/F __3.138__<br>☐ G _____ |
| 2.7 | **Bertucci's Restaurants (CO)** | **9081 Snowden River Pkwy**<br>**Columbia, MD 21044** | **PHL Holdings, LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Bertucci's Restaurants (CO)** | **9081 Snowden River Pkwy**<br>**Columbia, MD 21044** | **PHL Holdings, LLC** | ☐ D _____<br>■ E/F __3.138__<br>☐ G _____ |
| 2.9 | **Bertucci's Restaurants (WM)** | **8130 Corporate Place**<br>**Nottingham, MD 21236** | **PHL Holdings, LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Bertucci's Restaurants (WM)** | **8130 Corporate Place**<br>**Nottingham, MD 21236** | **PHL Holdings, LLC** | ☐ D _____<br>■ E/F __3.138__<br>☐ G _____ |
| 2.11 | **Earl of Sandwich, LLC** | **4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **AMERIS BANK** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:25-bk-02401-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $16,578,004.00 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $58,333,455.00 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $69,798,587.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bertucci's Restaurants, LLC**          Case number *(if known)*   **6:25-bk-02401-GER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached SoFA Exhibit 3** | **From 1/24/25 to 4/24/25** | **$3,801,041.70** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See attached SoFA Exhibit 7** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)*  **6:25-bk-02401-GER** |
|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **David Ortiz Children's Fund**<br>**214 Main Street, #448**<br>**El Segundo, CA 90245** | **Monetary** | **5/8/2024** | **$23,345.00** |
| | **Recipients relationship to debtor** | | | |
| 9.2. | **David Ortiz Children's Fund**<br>**214 Main Street, #448**<br>**El Segundo, CA 90245** | **Monetary** | **11/22/2024** | **$12,629.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Retainer for post-petition attorney fees and expenses.** | **4/24/2025** | **$69,361.57** |
| | **Email or website address**<br>**rshuker@shukerdorris.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Earl Enterprises Corporate, LLC** | | | |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number *(if known)* | **6:25-bk-02401-GER** |
| --- | --- | --- | --- | --- |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | **Shuker & Dorris, P.A. 121 S. Orange Avenue Suite 1120 Orlando, FL 32801** | **Payment for pre-petition attorney fees and expenses** | **4/24/2025** | **$32,376.43** |
| | Email or website address **rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? **Earl Enterprises Corporate, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **155 Otis Street Northborough, MA 01532** | **-6/2023** |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bertucci's Restaurants, LLC**                              Case number *(if known)* **6:25-bk-02401-GER**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Email addresses through the "E-Club" rewards program.**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan
**Earl Enterprises Retirement Savings Plan**

Employer identification number of the plan
EIN:  **59-3283783**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:25-bk-02401-GER** |
|---|---|---|---|

not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **CBIZ MHM, LLC**<br>**500 Boylston Street**<br>**Boston, MA 02116** | **2018 to 2023** |

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:25-bk-02401-GER** |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Earl Enterprises Corporate**<br>**4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Door Dash Capital**<br>**301 Howard St., Ste 1500**<br>**San Francisco, CA 94105** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Individual Store Managers** | **3/25/2025** | **Total food and liquor inventory $448,400.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Individual Store Managers**<br>**Various**<br>**CITY, FL** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Avallone** | **4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **President & CEO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hollie Rose** | **4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **CFO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey C. Sirolly** | **4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **Secretary** | **0%** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:25-bk-02401-GER** |
|---|---|---|---|

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian Connell** | **155 Otis Street Northborough, MA 01532** | **CFO & Treasurer** | **From 1/8/2004 to 3/16/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **OCS Group Holdings, Inc.** | **EIN: 84-1926125** |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2025**

**/s/ Thomas Avallone**                                    **Thomas Avallone**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Bertucci's Restaurants, LLC**

**Case No. 6:25-bk-02401-GER**

**SoFA Exhibit 3**

Creditors who received payment(s) with an aggregate value more than $8,575 within
90 days prior to the Petition Date (1/24/25 TO 4/24/25)

| Creditor | Amount |
|---|---|
| SYSCO  Total | $ 2,600,022.81 |
| AMERICAN EXPRESS Total | $ 90,909.75 |
| NATIONAL GRID GAS Total | $ 85,268.59 |
| NATIONAL GRID ELECTRIC Total | $ 62,773.90 |
| REPUBLIC SERVICES Total | $ 53,402.19 |
| H-I-M MECHANICAL SYSTEMS INC. Total | $ 40,636.79 |
| RAGGS SEPTIC SERVICE INC. Total | $ 38,762.21 |
| CIL WALKERS LLC Total | $ 37,904.81 |
| WINDSTREAM ENTERPRISE Total | $ 37,497.20 |
| COUNTRY MANOR NORWOOD TRUST Total | $ 37,474.82 |
| SOMERSET WALTHAM LLC Total | $ 36,694.08 |
| FRONTIER DRIVE METRO CENTER LP Total | $ 36,468.66 |
| WILDWOOD ESTATES OF BRAINTREE INC. Total | $ 35,825.62 |
| WSM HINGHAM PROPERTIES LLC Total | $ 35,742.30 |
| KNAPP FOODS INC Total | $ 34,387.00 |
| RHODE ISLAND ENERGY Total | $ 33,984.27 |
| EVERSOURCE  Total | $ 32,795.44 |
| SNOWDEN HOLDINGS LLC Total | $ 30,540.00 |
| ST JOHN PROPERTIES Total | $ 30,498.38 |
| OPENTABLE, INC. Total | $ 30,384.33 |
| NUCO2 INC. Total | $ 29,846.60 |
| FRAMINGHAM-150 FR Total | $ 29,629.77 |
| AVERUS NORTHEAST LLC Total | $ 26,976.42 |
| VIKING CLOUD INC. Total | $ 21,318.00 |
| TOWN OF GLASTONBURY Total | $ 20,468.63 |
| ECOLAB Total | $ 20,371.54 |
| AFA PROTECTIVE SYSTEMS INC Total | $ 20,118.44 |
| CHRISTIANA TOWN CENTER LLC Total | $ 19,806.19 |
| JOSEPH GAIED Total | $ 19,508.78 |
| PECO ENERGY Total | $ 18,532.80 |
| MYSTIC VALLEY PARKWAY TRUST STA WITE INC Total | $ 17,159.46 |
| G&R MECHANICAL INC. Total | $ 15,509.57 |
| ECOLAB PEST ELIMINATION SERVICES Total | $ 15,327.63 |
| AVIT LLC Total | $ 14,716.92 |
| COMCAST (PA) Total | $ 14,212.87 |
| COUNTY OF FAIRFAX Total | $ 13,428.13 |

| | | |
|---|---|---:|
| FISHBOWL INC. DBA:PERSONICA Total | $ | 13,118.00 |
| FRANKLIN F. KIDD II/TLCMAN, LLC Total | $ | 10,090.11 |
| ALLIED ADVERTISING LIMITED PARTNERSHIP Total | $ | 10,000.00 |
| RICHIE'S SERVICE CENTER INC. Total | $ | 9,908.24 |
| NEW ENGLAND UPHOLSTERY & DESIGN Total | $ | 9,660.45 |
| DMR LANDSCAPING CONSTRUCTION INC. Total | $ | 9,360.00 |
| **TOTAL** | $ | 3,801,041.70 |

**Bertucci's Restaurants, LLC**
**Case No. 6:25-bk-02401-GER**
**SoFA Exhibit 7**

| Pending Litigation | | | | | |
|---|---|---|---|---|---|
| *Plaintiff Name* | *Case Number* | *Court* | *Summary of claim* | *Location* | *Plaintiff Counsel* |
| Genevieve Gallo vs Bertucci's Restaurants, LLC | 1:25-cv-00080 | United States District Court for the District of Rhode Island | Unlawful Discrimination | Warwick, RI | Michael D. Pushee, Esq. Law Office of Michael D. Pushee 100 Midway Place, Ste. 16 Cranston, RI 02920 |
| Vanessa Fortin v. Bertucci's Restaurants, LLC | MCADDocket No. 22NEM00578 | The Commonwealth of Massachusetts Commission Against Discrimination | Sexual Harassment | Norwood, MA | Peter M. Mimmo Massachusetts Commission Against Discrimination 18 Chestnut Street, Room 520 Worcester, MA 01608 508-453-9633 |
| Frank Gagnon vs Bertucci's Restaurants, LLC et al | Docket Number 2473CV00471 | Commonwealth of Massachusetts Bristol County Superior Court | Wrongful Termination | Plymouth, MA | Self Represented |
| Jamie Guzman vs Bertucci's Restaurants, LLC, Bertucci's Restaurants Corp., Bertucci's Holdings, LLC and Earl Enterprises | Docket Number 2477CV00003D | Commonwealth of Massachusetts Superior Court Civil Action | Slip and fall – was making a delivery he slipped and fell on a ramp due to the ramp being wet | Andover, MA | Michael Grenier 28 State Street, Ste. 1050 Boston, MA 02109 857-504-6118 |
| Crystal Thompson | HHD-CV23-6164059-S | State of Connecticut Judicial Branch Superior Court | Slip and fall – Plaintiff stepped off a carpet in the entranceway near the host station and slipped on a plastic sticker that was placed on the tile floor for social distancing. It is also noted that Plaintiff was wearing | Newington, CT | CANTOR INJURY LAW FIRM LLC (442832) 1 PRESTIGE DRIVE SUITE 101 MERIDEN , CT 06450 |

| | | | stilettos and the weather was rainy and slushy | | |
|---|---|---|---|---|---|
| Tiana Chevere vs Thompson's Restaurant, Inc. of North Andover and Bertucci's Restaurants, LLC | Civil Action No. 2318CV001021 | Trial Court of Massachusetts District Court Department Lawrence Divion | Fall – Plaintiff was picking up a DoorDash order and carrying the items outside when she stepped partially on the edge of a depressed rectangular segment of the sidewalk causing her a fracture in her left foot and bruise to her knee | North Andover, MA | Shaheen, Guerrera & O'Leary, LLC 820A Turnpike St., North Andover, MA 01845 |
| Harford County, MD vs. Bertucci's Restaurants (Bel Air), LLC, et al. | D-09-CV-25-007244 | District Court of Maryland for Harford County | Alleging $5k in past due personal property taxes | Bel Air, MD | Sean P. Carven Sr. Assistant County Attorney Law Department 220 South Main Street Bel Air, MD 21014 410.638.3205 spcarven@harfordcountymd.gov |
| Springfield Square Central, LP vs. Bertucci's Restaurants Corp. [WRONG ENTITY NAMED] | CV-2022-8471 | Court of Common Pleas of Delaware County, PA | Alleging $112k of past due rent and additional rent | Springfield Square, PA | Thomas Musi Musi, Merkins, Daubenberger & Clark, LLP 21 West Third Street Media, PA 19063 610-891-8806 tam@mmdlawfirm.com |
| Frontier Drive Metro Center, LLC vs. Bertucci's Restaurants, LLC | CV25008593-00 | Fairfax County General District Court | Alleging $77k of past due rent and additional rent | Springfield, VA | Magruder Cook Koutsouftikis & Palanzi 1889 Preston White Drive, Suite 200 Reston, VA 20191 703-766-4400 |
| St. John Properties, Inc. vs. Bertucci's Restaurant Corp. [WRONG ENTITY NAMED] | D-08-LT-25-55969-001 | Baltimore County District Court | Alleging $31k of past due rent and additional rent | Timonium, MD | Sheila Leslie Director of Operations, Blibaum Law – Rent Department 40 York Road, Suite 300 Towson, Maryland 21204 410-653-3646 sleslie@blibaumlaw.com |